513-07/MEU/LJK
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
BHATIA SHIPPING AND AGENCIES PVT. LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)
Lawrence J. Kahn (LK 5215)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BHATIA SHIPPING AND AGENCIES PVT. LTD.,        07 CIV.          (    )

                                    Plaintiff,          RULE 7.1 STATEMENT

        - against --

ALCOBEX METALS LTD.,

                                    Defendant.
------------------------------------------------------------x

        BHATIA SHIPPING AND AGENCIES PVT. LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation owns 10% or more of the stock of the company.

Dated: New York, New York
       October 18, 2007

                                FREEHILL HOGAN & MAHAR, LLP
                                Attorneys for Plaintiff
                                BHATIA SHIPPING AND AGENCIES PVT. LTD.

                        By:     _____
                                Michael E. Unger (MU 0045)
                                Lawrence J. Kahn (LK 5215)
                                80 Pine Street
                                New York, NY 10005
                                Telephone: (212) 425-1900
                                Facsimile: (212) 425-1901

NYDOCS1/292077.1