*JAMES A. SAVILLE, JR (JS-4835)*
*HILL RIVKINS & HAYDEN LLP*
Attorneys for Plaintiff

45 Broadway
New York, New York 10006
(212) 669-0600

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
BHATIA SHIPPING AGENCIES PVT LTD.,  :   07 CV 9346 (BSJ)

       Plaintiff,  :
                                       **NOTICE OF**
- Against -  :   **RESTRICTED APPEARANCE**

ALCOBEX METALS, LTD.  :

       Defendant.  :
------------------------------------X

      **PLEASE TAKE NOTICE** that James A. Saville, Jr. of Hill Rivkins & Hayden LLP hereby enters a Restricted Appearance on behalf of Defendant Alcobex Metals Ltd. pursuant to Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated:     New York, New York
             December 21, 2007

                                                        _/s/ James A. Saville, Jr._
                                                     James A. Saville, Jr. (JS-4835)
                                                   45 Broadway
                                                   New York, New York 10006
                                                   (212) 669-0600

29693\RESTRICTED APPEARANCE