

# HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699               e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

**Via Electronic Filing**

December 21, 2007

The Honorable Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      RE:    Bhatia v. Alcobex Metals Ltd.
               07 CV 9346 (BSJ)
               Our File No.: 29693-JAS

Dear Judge Jones:

      We represent defendant Alcobex Metals Ltd. ("Alcobex") in connection with the captioned matter.

      On October 24, 2007, plaintiff Bhatia Shipping Agencies Pvt Ltd. ("Bhatia") obtained an ex parte Order for the issuance of Process of Maritime Attachment and Garnishment against Alcobex in the amount of $138,244.79. Bhatia has been successful in attaching certain funds and Alcobex is now seeking to vacate the attachment. The parties have agreed to the following schedule:

(1)    Defendant's Moving Papers shall be filed and served on or before 1/2/07;
(2)    Plaintiff's Opposition Papers shall be filed and served on or before 1/16/07; and

| NEW JERSEY | TEXAS | CONNECTICUT | CALIFORNIA |
|---|---|---|---|
| 25 North Broadway | 712 Main Street, Suite 1515 | 60 Quarry Dock Road | Of Counsel: |
| South Amboy, NJ 08879-1638 | Houston, TX 77002-3209 | Branford, CT 06405-4654 | Brown & Associates |
| Tel: (732) 838-0300 Fax: (732) 316-2365 | Tel: (713) 222-1515 Fax: (713) 222-1359 | Tel: (203) 315-9274 Fax: (203) 315-9264 | 11140 Fair Oaks Boulevard, Suite 100 |
| e-mail: thefirm@hillrivkins.com | e-mail: hillrivkinstexas@hillrivkins.com | e-mail: hillrivkinsct@snet.net | Fair Oaks, CA 95628-5126 |
| | | | Tel: (916) 859-4910 Fax: (916) 859-4911 |

The Honorable Barbara S. Jones
United States District Judge
United States District Court
December 21, 2007
Page Two

    (3)    Plaintiff's Reply Papers shall be filed and served on or before 1/21/07.

Alcobex requests a prompt hearing thereafter.

We thank the Court for its attention to the foregoing.

                Very truly yours,

            HILL RIVKINS & HAYDEN LLP

JAS/mc                James A. Saville, Jr.
29693\002 Court

cc:    **Via Electronic Filing**
      Michael Unger, Esq.
      Freehill Hogan & Mahar LLP

