

# HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699              e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

**Via Electronic Filing**

January 2, 2008

The Honorable Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

                RE:    Bhatia v. Alcobex Metals Ltd.
                      07 CV 9346 (BSJ)
                      Our File No.: 29693-JAS
                      -----------------------------

Dear Judge Jones:

      We represent defendant Alcobex Metals Ltd. ("Alcobex") in connection with the captioned matter and write to request a two day extension of the briefing schedule currently set in this matter.

      On December 21, 2007, the parties advised the Court that they had agreed to the following schedule in connection with Alcobex's motion to vacate the attachment obtained by plaintiff Bhatia Bhatia Shipping Agencies Pvt Ltd. ("Bhatia"):

(1)    Defendant's Moving Papers shall be filed and served on or before 1/2/07;

(2)    Plaintiff's Opposition Papers shall be filed and served on or before 1/16/07; and

(3)    Plaintiff's Reply Papers shall be filed and served on or before 1/21/07.

| NEW JERSEY | TEXAS | CONNECTICUT | CALIFORNIA |
|---|---|---|---|
| 75 North Broadway | 712 Main Street, Suite 1515 | 60 Quarry Dock Road | Of Counsel: |
| South Amboy, NJ 08879-1638 | Houston, TX 77002-3209 | Branford, CT 06405-4654 | Brown & Associates |
| (732) 838-0300 Fax: (732) 316-2365 | Tel: (713) 222-1515 Fax: (713) 222-1359 | Tel: (203) 315-9274 Fax: (203) 315-9264 | 11140 Fair Oaks Boulevard, Suite 100 |
| e-mail: thefirm@hillrivkins.com | e-mail: hillrivkinstexas@hillrivkins.com | e-mail: hillrivkinsct@snet.net | Fair Oaks, CA 95628-5126 |
| | | | Tel: (916) 859-4910 Fax: (916) 859-4911 |

The Honorable Barbara S. Jones
United States District Judge
United States District Court
January 2, 2008
Page Two

The parties have agreed to amend the briefing schedule as follows:

(1) Defendant's Moving Papers shall be filed and served on or before 1/4/07;
(2) Plaintiff's Opposition Papers shall be filed and served on or before 1/18/07; and
(3) Plaintiff's Reply Papers shall be filed and served on or before 1/23/07.

We thank the Court for its consideration of the foregoing.

Very truly yours,

HILL RIVKINS & HAYDEN LLP

James A. Saville, Jr.

JAS/mc
29693\003 Court

cc: **Via Electronic Filing**
Michael Unger, Esq.
Freehill Hogan & Mahar LLP

