*Exhibit 'B'*

Alcobex

From:     Salem Tube International <salem@btinternet.com>
To:       Vibash Gupta <alcobex@ride.vsnl.net.in>
Sent:     Thursday, ...
Subject:  Our Enquiry Ref. E10117

Dear Vibash,

Further to our telephone conversation of today please be advised that this fax is a letter of intent to place an order for the following :-

Seamless aluminium bronze tube per ASTM B111 C60800. Annealed. Ave Wall. 100% eddy current & hydro tested. Full M.T.C. to DIN 50049 3.1.C.

950 Tubes    18mm O.D. x 3mm Wall x 18000mm Long

| | |
|---|---|
| Cost : | £88.00/tube |
| Delivery Time : | 16 Weeks Ex-Mill |
| Carriage : | Paid U.K. Destination - full details to follow |
| Packing : | In Solid Wooden Cases |
| Test Certs. : | Included |
| Inspection : | Included |
| Payment Terms : | Cash Against Documents |

We hope this meets with your approval.

Best Regards,

Howard

*Exhibit 1*

# Salem Tube
### INTERNATIONAL LTD.
Unit 112 1B
Church Street Industrial Estate
Haydon Bridge
Hexham
Northumberland NE47 6JG
England U.K.

Tel: (01434) 688000
Fax: (01434) 688006

Date : 24th. April '01

TO : ALCOBEX METALS

ATTN. : VIBASH GUPTA

YOUR REF. : AML/EXP/2001-2002/T/13

OUR REF. : P.O. No. 01/0/1787

Further to our e-mail of 12th. April regarding letter of intent to place an order for 950 pcs. 18mm x 3mm x 18000mm al. bronze per ASTM B111 C60800, could you please enter this against our official purchase order number 01/0/1787 as per your pro-forma invoice above.

Please note, our customer has asked for tubes to be hydro tested to 1000 psig.

Best Regards,

Peter Coles

TOTAL P.01

Exhibit 'D'

20.

# Salem Tube
### INTERNATIONAL LTD.
Unit 112 1B
Canada Street Industrial Estate
Haydon Bridge
Hexham
Northumberland NE47 6JG
England U.K.

Tel: (01434) 688000
Fax: (01434) 685006

TO : ALCOBEX

ATTN. : VIBASH GUPTA

YOUR REF. : TELEPHONE CONVERSATION

OUR REF. : P.O. No. 01/0/1932

Date   12th. October '01

Please arrange to supply the following against above purchase order number :-

Seamless aluminium bronze tube per ASTM B111 C60800.
Annealed. Supplied with full M.T.C. to DIN 50049-3.1.B.
Average wall. Eddy current & hydro tested.

155 Pcs.   25.4mm O.D. x 2.11mm Wall x 13412 mm Long

Price Per Piece :    £84.00

Delivery Time :    Ship 8th. November As Agreed

Carriage :    CIF U.K. Port

Packing :    In Wooden Cases

Test Certs. :    Included

GSP Certificate :    Required

Outside Inspection :    Not Required

Terms Of Payment :    As Agreed

We hope you have found the above in order.

Best Regards,