Exhibit 'E'

# INVOICE

| Exporter/ MANUFACTURER | Invoice No. & Date | Exporter's Ref. |
|---|---|---|
| ALCOBEX METALS LIMITED<br>24/25 HEAVY INDUSTRIAL AREA,<br>JODHPUR 342 003, INDIA | AML/EXP/2001-2002/154  DT. 19.01.2002 | |
| | Buyer's Order No. & Date | |
| | P.O.NO. 01/0/1787 & P.O. NO. 01/0/1932 | |
| | Order Reference(s) | |

| Consignee | Buyer (if other than consignee) |
|---|---|
| M/S. S.H.E. MARITIME SERVICES LTD<br>2 TOWN QUAY WHARF,<br>ABBEY ROAD,<br>BARKING, ESSEX IG11 7BZ<br>U.K. | M/S. SALEM TUBE INTERNATIONAL LTD.<br>UNIT 112 1B, CHURCH STREET INDUSTRIAL<br>ESTATE, HAYDON BRIDGE, HEXHAM,<br>NORTHUMBERLAND NE47 6JG, U.K. |

| Country of origin of Goods | Country of Final Destination |
|---|---|
| INDIA | U.K. |

Terms of Delivery and Payment

100% CAD BASIS THROUGH
NATIONAL WESTMINSTER BANK PLC,
GREY STREET BRANCH, P.O.BOX 1PY, GREY
STREET, NEW CASTLE UPON TYNE, NE99 1PV,
ENGLAND THROUGH PUNJAB NATIONAL BANK,
CHOPASANI ROAD, JODHPUR(RAJ.) INDIA.

| Pre-Carriage by | Place of Receipt by Pre-Carrier |
|---|---|
| BY ROAD | JODHPUR |
| Vessel/Flight No. | Port of Loading |
| | MUMBAI/JNPT |
| Port of Discharge | Final Destination |
| FELIXSTOWE | AVONMOUTH |

| Marks & Nos./<br>Container No. | No. & Kind of Package | Description of Goods<br>SIZE | LENGTH<br>(MM) | Qty.<br>Nos.<br>PCS. | Quantity<br>Kgs. | Rate<br>GBP/PC | Amount<br>G.B.P. |
|---|---|---|---|---|---|---|---|
| | | Alloy<br>COPPER TUBES (AL BRONZE TUBES) | | | | | |
| (1)W-9637 | | 18mm OD X 3mm WT | 18000 | 136 | 2929.450 | | |
| (2)W-9638 | | 18mm OD X 3mm WT | 18000 | 136 | 2928.500 | | |
| (3)W-9639 | | 18mm OD X 3mm WT | 18000 | 136 | 2929.000 | | |
| (4)W-9640 | | 18mm OD X 3mm WT | 18000 | 136 | 2930.000 | | |
| (5)W-9641 | | 18mm OD X 3mm WT | 18000 | 136 | 2929.700 | | |
| (6)W-9642 | | 18mm OD X 3mm WT | 18000 | 136 | 2930.500 | | |
| (7)W-9643 | | 18mm OD X 3mm WT | 18000 | 134 | 2886.400 | | |
| | | | | 950 | 20463.550 | 88.00 | 83600.00 |
| (8)W-9649 | | 25.4mm OD X 2.11mm WT | 13412 | 155 | 2712.500 | 84.00 | 13020.00 |
| | | | | 1105 | 23176.050 | | |

TOTAL NO. OF WOODEN BOX 8 BOX. MADE IN INDIA
COPPER TUBES (AL BRONZE TUBES) TO ASTM B-111C-60800
HAVING COMPOSITION:- Cu-100%  Al - 5%
NET WEIGHT = 23176.050 KGS. GROSS WT.=25800.000 KGS.
ADVANCE LICENCE NO. 1310002516 DT. 07.03.2001 DEEC 269348

| Amount Chargeable<br>(in Words) | TOTAL G.B.P. CIF FELIXSTOWE | Total | 96620.00 |
|---|---|---|---|
| | TOTAL GBP NINETY SIX THOUSAND SIX HUNDRED TWENTY ONLY. | | |

Declaration:
We declare that this invoice shows the actual price of goods
described and that all particulars are true and correct.

For: ALCOBEX METALS LIMITED

Date                                   Authorised Signatory