Exhibit H

# LINER BILL OF LADING

D/L No.

Reference No. TEL-AVO-1

**Shipper:**
TI[...]A SHIPPING & AGENCIES PVT. LTD.
SI[...]HOUSE, KURTHA STREET,
BALLARD ESTATE, MUMBAI-400 030, INDIA.
A/C: ALCOBEX METALS LIMITED

signed

**Consignee:**
DENHOLM SHIPPING SERVICES LIMITED
96 LANGER ROAD, FELIXSTOWE SUFFOLK IP11 8EA
TEL: 01394-276026, FAX: 01394-271131
TLX: 987912 DENFLX G
PIC MR BRYAN KING

E/2901/01

**Notify address:**
DENHOLM SHIPPING SERVICES LIMITED
96 LANGER ROAD, FELIXSTOWE SUFFOLK IP11 8EA
TEL: 01394-276026, FAX: 01394-271131
TLX: 987912 DENFLX G
PIC MR BRYAN KING

| Pre-carriage by | Place of receipt by pre-carrier |
|---|---|
| Vessel: JERSEY | Port of loading: MUMBAI |
| Port of discharge: AVONMOUTH | Place of delivery by on-carrier: AVONMOUTH |

| Marks and Nos. | Number and kind of packages, description of goods | Gross weight | Measurement |
|---|---|---|---|
| SHIPPING MARKS:<br>COPPER ALLOYS<br>TUBES<br>(AL. BRONZE TUBES)<br>(1) W-9637 (2) W-9638<br>(3) W-9639 (4) W-9640<br>(5) W-9641 (6) W-9642<br>(7) W-9643 (8) W-9644<br><br>FREIGHT PREPAID<br>UPTO AVONMOUTH<br>IN TRANSIT TO<br>WEST MIDLANDS, U.K.,<br>& STAFFORD, U.K.<br>AT CONSIGNEE'S A/C | Said to be<br>8 W/BOXES<br>(EIGHT WOODEN BOXES ONLY)<br>COPPER ALLOYS TUBES<br>(AL. BRONZE TUBES)<br>INVOICE NO: ANL/EXP/2001-2002/154 DT.19.01.2002<br>SB.NO.: 5100043 DT.20.1.2002<br><br>SHIPPED ON DECK<br>AT SHIPPER'S RISK | Said to Weigh<br>GR.WT. 25000.000KGS<br>NT.WT. 23176.050KGS<br><br>CBM 24.267 | |

Particulars furnished by the Merchant.

**ORIGINAL**

Freight details charges etc.

Alongside - In port in apparent good order and condition, weight, measure, marks, numbers, quality, contents and value unknown, for carriage to the Port of Discharge or so near thereunto as the Vessel may safely get and lie always afloat, to be delivered in the like good order and condition at the aforesaid Port unto Consignees or their Assigns, they paying freight as indicated to the left plus other charges incurred in accordance with the provisions contained in this Bill of Lading. In accepting this Bill of Lading the Merchant expressly accepts and agrees to all its stipulations on both pages, whether written, printed, stamped or otherwise incorporated, as fully as if they were all signed by the Merchant.
One original Bill of Lading must be surrendered duly endorsed in exchange for the goods or delivery order.
IN WITNESS whereof the Master of the said Vessel has signed the number of original Bills of Lading stated below, all of this tenor and date, one of which being accomplished the others to stand void.

| Applicable only when document used as a Through Bill of Lading | Freight payable at: MUMBAI | Place and date of issue: MUMBAI 21 FEB 2002 |
|---|---|---|
| SHIPPED ON BOARD<br>21 FEB 2002 | Number of original B/sL<br>(3) THREE | Signature<br>For BAI SHIPPING CO. PVT. LTD.<br>Agents |