EXHIBIT 3



# Alcobex Metals Ltd.
MFRS. OF NON FERROUS METALS, RODS, PIPES, TUBINGS & SECTIONS, ZINC INGOTS
24, HEAVY INDUSTRIAL AREA, JODHPUR - 342 003 (INDIA)

PHONES: 2740231, 2740671, 2740366, 2740631
GRAM: ALCOBEX
FAX: 91-291-2741990
E-mail: alcobex@indu.vsnl.net.in
alcobex@satyam.net.in



Ref : AML/

10th Sep 2003

The Admiralty and Commercial Registry,
Royal Courts of Justice,
Strand,
London WC2A 2LL

Sirs,

Re : In the High Court of Justice – Queen's Bench Division
Commercial Court – Royal Courts of Justice
Claim No. 2003 FOLIO 334
Bhatia Shipping & Agencies Pvt. Ltd. .... Claimant
V/s.
Sai Shipping Co. Pvt. Ltd. & Ors. ... Defendants

We, Alcobex Metals Ltd. – the Defendant No. 6 herein, reserving our right to contest the mode of service, based on receipt of papers on August 28, 2003, return herewith the requisite Acknowledgement of Service, and shall file our Jurisdictional Challenge within the stipulated timeframe.

Sincerely,
For ALCOBEX METALS LTD.

(G. C. KANUNGO)
For Alcobex Metals Ltd.
MANAGING DIRECTOR.
Defendant No. 6
Through an Authorised Signatory

TRUE COPY



REGD. OFFICE : 4223/1, ANSARI ROAD, DARYA GANJ, NEW DELHI - 110 002

Acknowledgment of Service

Defendant's full name if different from the name given on the claim form

| In the High Court of Justice Queen's Bench Division Commercial Court Royal Courts of Justice | |
|---|---|
| Claim No. | 2003 FOLIO 734 |
| Claimant(s) (including ref.) | BHATIA SHIPPING & AGENCIES PVT. LTD. |
| Defendant(s) | SAI SHIPPING CO. PVT. LTD & ORS. |
| Defendant returning this form | ALCOBEX METALS LTD. DEFENDANT NO. 6 |

[Stamp: SUPREME COURT OF JUDICATURE ADMIRALTY & COMMERCIAL REGISTRY 17 SEP 2003]

Address in England & Wales to which documents about this claim should be sent (including reference if appropriate)

| ALCOBEX METALS LTD. 4223/1, Ansari Road, Darya Ganj, New Delhi INDIA | if applicable | |
|---|---|---|
| | fax no. | 0091 – 291 – 2741990 |
| | DX no. | 0091-291-2740629 |
| Tel. no.:0091-291-2740366/2740626 Postcode: 110 002 | e-mail | Alcobex@nde.vsnl.net.in/alcobex1@satyam.net.in |

Tick the appropriate box

1. (I admit)(The Defendant admits) this claim  ☐

2. (I intend)(The Defendant intends) to defend all of this claim  ☐

3. (I intend)(The Defendant intends) to defend part of this claim  ☐

4. ~~(I intend)~~(The Defendant intends) to contest jurisdiction  ☑

If you file an acknowledgment of service but do not file a defence within *(~~28 days~~)(37 days) of the date of service of the particulars of claim, and you have no indicated that you intend to contest jurisdiction, judgment may be entered against you.

If you do not file an application to contest the jurisdiction within 28 days of the date of service, it will be assumed that you accept the court's jurisdiction

*Claimant should alter as appropriate if the claim form is to be served out of the jurisdiction together with particulars of claim; see CPR rule 6.20

For ALCOBEX METALS LTD.
Signed [signature] Position or office held MANAGING DIRECTOR
(Defendant)
(~~Defendant's solicitor~~)  (if signing on behalf of firm, company or corporation)

Date 10-09-03

(11)