

*Holmes Harding*
*Ref ACH/2021088*

THE COURT SERVICE

SUPREME COURT GROUP
ADMIRALTY & COMMERCIAL
COURTS

Room E 200
Royal Courts of Justice
Strand
London WC2A 2LL
DX 44450 - Strand

Telephone:  020 7947 6112
Fax:              020 7947 6245
Minicom:     020 7947 7593

*From The Admiralty & Commercial Registry*

Our Ref: 2003 Folio 334
Your Ref: AML

17 September, 2003

Alcobex Metals Ltd.
4223/1, Ansari Road
Darya Ganj
New Delhi
India

Dear Sir

<u>Re: Bhatia Shipping & Agencies –v- Sai Shipping Co. Pvt & Others</u>

We confirm receipt of your Acknowledgment of Service on 17th September 2003.

Unfortunately it is defective because Part 6.5(2) of the Civil Procedure Rules
"6.5(2) A party must give an address for service within the jurisdiction."

This means that, if you do not have your own place of business in England or Wales, you must instruct a solicitor within the jurisdiction whose address will be the address for service within Part 6.5(2) of the Rules. The provision of such an address is mandatory.

Our instructions from the Judge in charge of the Commercial List are that, although your Acknowledgment of Service is defective, it can be accepted until such time as an application is made to strike it out. We therefore enclose a fresh Acknowledgment of Service for you to complete and return with a solicitor's address for service within the jurisdiction.
We repeat that if you fail to provide an address for service within the jurisdiction, you may find that the present defective Acknowledgement of Service is struck out, judgment in default may then be entered against you in accordance with Part 10.2 & Part 12.

Yours faithfully

S Gibbon
Admiralty & Commercial Registry
cc Holmes Hardingham
Ref ACH/2021068

**TRUE COPY**