EXHIBIT 1

DECLARATION OF ADRIAN CHARLES HARDINGHAM

# HOLMES HARDINGHAM

MARITIME AND COMMERCIAL SOLICITORS

22-23 GREAT TOWER STREET LONDON EC3R 5HE

TEL: +44 (0)20 7280 3200 FAX: +44 (0)20 7280 3201 DX 636 LONDON/CITY

E-MAIL: Firstname.Surname@HHlaw.co.uk WEBSITE: www.HHlaw.co.uk

## FACSIMILE TRANSMISSION

**To Fax No:**    00 91 291 274 1990

**Addressee:**    ALCOBEX METALS LIMITED

No of Pages including this Page: **5**

---

IMPORTANT: This facsimile is intended only for the addressee. It may contain privileged and/or confidential information.
If you are not the intended recipient please inform us by telephone and return the original to us by post.

---

**Our Ref:**    ACH/DJG/2021068                    **Date:**                    6 May 2004

**Your Ref:**

Dear Sirs

**Bhatia Shipping & Agencies PVT Limited v. Sai Shipping Company PVT Limited and Others:**
**Alcobex Metals Limited Sixth Defendant**
**Claim No: 2003 Folio 334 in the High Court of Justice, Queen's Bench Division,**
**Commercial Court**

As you know, we are instructed by the insurers of Bhatia Shipping & Agencies PVT Limited.

We attach a copy of an Application Notice. The purpose of the present communication is to inform you that our Counsel's Clerk will be applying to the Admiralty & Commercial Court Listing Office, Royal Courts of Justice, Strand, London WC2 on 11th May 2004 at 2:30pm for an appointment to be fixed for the hearing of the attached Application. You are therefore on notice of this and you have the opportunity to attend or be represented at the time referred to above. If you are proposing to attend or be represented, it would be appreciated if you would let us know.

Once an appointment has been fixed for the hearing of the Application, we will arrange for service upon you of the Application Notice and evidence in support.

Yours faithfully

*Holmes Hardingham*

**Holmes Hardingham**

(156)

PARTNERS: ADRIAN HARDINGHAM NICHOLAS WALSER DAVID JOHNSTON ANDREW MESSENT TIM KNIGHT JANE HOBBS MARTIN PENNY

ASSOCIATES: IAN RAMSAY (LEGAL EXECUTIVE) NIRANJAN ABEYRATNE CONSULTANTS: PRACTISING: DAVID PADOVAN NON-PRACTISING: ANTHONY HOLMES NICHOLAS OARKETT ANDREW GOLDSWORTHY

REGULATED BY THE LAW SOCIETY    VAT NO GB 524 7369 53

17/01 '08 THU 12:46 FAX 00442072803202    HOLMES HARDINGHAM 3    ☒007

# Application Notice

| | In the | |
|---|---|---|
| **You should provide this information for listing the application** | **Claim no.** | 2003 Folio 334 |
| 1. How do you wish to have your application dealt with | **Warrant no.** | |
| a) at a hearing?   [   ]<br>b) at a telephone conference?   [   ]<br>c) without a hearing?   [ ✓ ]   complete Qs 5 and 6 below | **Claimant**<br>(including ref.) | BHATIA SHIPPING AND AGENCIES PVT LIMITED |
| 2. Give a time estimate for the hearing/conference<br>_____ (hours) _____ (mins) | | |
| 3. Is this agreed by all parties?   [   ] Yes   [   ] No<br>4. Give dates of any trial period or fixed trial date _____<br>5. Level of judge _____<br>6. Parties to be served _____ | **Defendant(s)**<br>(including ref.) | SAI SHIPPING COMPANY LIMITED AND OTHERS |
| | **Date** | 15/1/2004 |

Note You must complete Parts A and B, and Part C if applicable. Send any relevant fee and the completed application to the court with any draft order, witness statement or other evidence; and sufficient copies for service on each respondent.

**1. Enter your full name, or name of solicitor**

**Part A**

I (We)[1]   Adrian Charles Hardingham, solicitor   (on behalf of)(the claimant)(~~the defendant~~)

**2. State clearly what order you are seeking and if possible attach a draft**

intend to apply for an order (a draft of which is attached) that[2]

There be a trial on the merits of the Claimant's claim for a declaration that the Claimant is not liable to the Sixth Defendant on the ground that any claim of the Sixth Defendant against the Claimant is time-barred pursuant to the terms of the Claimant's Multi-Modal Transport Documents numbered BOM/WMD/047 and BOM/SFT/048 respectively, each dated Mumbai 2nd February 2002:

**3. Briefly set out why you are seeking the order. Include the material facts on which you rely, identifying any rule or statutory provision**

because[3]

The Sixth Defendant has failed to acknowledge service properly, and despite the Claimant being entitled to seek a default judgment, any such default judgment may not be recognised or enforced in India, where the Sixth Defendant is domiciled.

**Part B**

I (We) wish to rely on: *tick one box*

**4. If you are not already a party to the proceedings, you must provide an address for service of documents**

the attached (witness statement)(affidavit) [ ✓ ]   my statement of case [   ]

evidence in Part C in support of my application [ ✓ ]

| Signed | | Position or office held | Partner |
|---|---|---|---|
| (Applicant)('s Solicitor)('s ~~litigation friend~~) | | (if signing on behalf of firm or company) | |

Address to which documents about this claim should be sent (including reference if appropriate)[4]

| Holmes Hardingham Walser Johnston Winter<br>22-23 Great Tower Street<br>London | | if applicable | |
|---|---|---|---|
| | | fax no. | 020 7280 3201 |
| | | DX no. | 636 City |
| Tel. no. 020 7280 3200   Postcode   EC3R 5HE | | e-mail | |

The court office at

is open between 10 am and 4 pm Monday to Friday. When corresponding with the court, please address forms or letters to the Court Manager and quote the claim number.

N244 Application Notice (4.00)   Printed on behalf of The Court Service

17/01 '08 THU 12:46 FAX 00442072803202        HOLMES HARDINGHAM 3                        ☑008

N244 Application Notice

Claim No. 2003 Folio 344

**Part C**

I wish to rely on the following evidence in support of this application:

In addition to the Affidavit of Adrian Charles Hardingham, sworn on 15th January 2004 attached hereto, the First and Second Witness Statements of Adrian Charles Hardingham dated 25th July 2003 and 21st August 2003 respectively.

The Witness Statement of Mr. Ivan Eggermont dated 14th January 2004

**Statement of Truth**

*(I believe)(The applicant believes) that the facts stated in this application are true
*delete as appropriate

| Signed | | Position or office held (if signing on behalf of firm or company) | Partner |
|--------|--|-------------------------------------------------------------------|---------|
| | (Applicant)('s litigation friend)('s solicitor) | Date | 15/1/2004 |





# HOLMES HARDINGHAM

## MARITIME AND COMMERCIAL SOLICITORS

22-23 GREAT TOWER STREET LONDON EC3R 5HE
TEL: +44 (0)20 7280 3200 FAX: +44 (0)20 7280 3201 DX 636 LONDON/CITY
E-MAIL: Firstname.Surname@HHlaw.co.uk WEBSITE: www.HHlaw.co.uk

# FACSIMILE TRANSMISSION

**To Fax No:**   00 91 291 274 1990

**Addressee:**   ALCOBEX METALS LIMITED

No of Pages including this Page: **6**

---

IMPORTANT: This facsimile is intended only for the addressee. It may contain privileged and/or confidential information. If you are not the intended recipient please inform us by telephone and return the original to us by post.

---

**Our Ref:**   ACH/DJG/2021068          **Date:**          16 June 2004

**Your Ref:**

Dear Sirs

### Bhatia Shipping & Agencies PVT Limited v. Sai Shipping Company PVT Limited and Others: Alcobex Metals Limited Sixth Defendant
### Claim No: 2003 Folio 334 in the High Court of Justice, Queen's Bench Division, Commercial Court

We attach by way of service a copy of the Fourth Witness Statement of Adrian Charles Hardingham, made in connection with the hearing due to take place in London on 25th June of which you have been notified.

We are not attaching copies of exhibited documents which you will already have seen. There is however attached to this fax a copy of the Affidavit of Service which is referred to in the Statement.

Yours faithfully

*Holmes Hardingham*

**Holmes Hardingham**

PARTNERS: ADRIAN HARDINGHAM NICHOLAS WALKER DAVID JOHNSTON ANDREW MESSENT TIM KNIGHT JANE HOBBS MARTIN PENNY

ASSOCIATES: IAN RAMSAY (LEGAL EXECUTIVE) NHANJAN ABEYRATNE CONSULTANTS: PRACTISING: DAVID PADOVAN NON-PRACTISING: ANTHONY HOLMES NICHOLAS GARRETT ANDREW GOLDSWORTHY

REGULATED BY THE LAW SOCIETY    VAT NO GB 524 7369 33

17/01 '08 THU 12:45 FAX 00442072803202     HOLMES HARDINGHAM 3     ☑003

16/06 '04 WED 18:17 FAX 00442072803203     HOLMES HARDINGHAM 4     ☑001

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              2310
CONNECTION TEL              00912912741990
SUBADDRESS
CONNECTION ID
ST. TIME             16/06 18:14
USAGE T              03'00
PGS.                 6
RESULT               OK
```

# HOLMES HARDINGHAM

### MARITIME AND COMMERCIAL SOLICITORS

22-23 GREAT TOWER STREET LONDON EC3R 5HE
TEL: +44 (0)20 7280 3200 FAX: +44 (0)20 7280 3201 DX 636 LONDON/CITY
E-MAIL: Firstname.Surname@HHlaw.co.uk WEBSITE: www.HHlaw.co.uk

## FACSIMILE TRANSMISSION

**To Fax No:**     00 91 291 274 1990

**Addressee:**     ALCOBEX METALS LIMITED

No of Pages including this Page: **6**

---

**IMPORTANT:** This facsimile is intended only for the addressee. It may contain privileged and/or confidential information. If you are not the intended recipient please inform us by telephone and return the original to us by post.

---

**Our Ref:**     ACH/DJG/2021068          **Date:**          16 June 2004

**Your Ref:**

Dear Sirs

**Bhatia Shipping & Agencies PVT Limited v. Sai Shipping Company PVT Limited and Others:**
**Alcobex Metals Limited Sixth Defendant**
**Claim No: 2003 Folio 334 in the High Court of Justice, Queen's Bench Division,**
**Commercial Court**

We attach by way of service a copy of the Fourth Witness Statement of Adrian Charles Hardingham, made in connection with the hearing due to take place in London on 25th June of which you have been notified.

We are not attaching copies of exhibited documents which you will already have seen. There is however attached to this fax a copy of the Affidavit of Service which is referred to in the Statement.

Yours faithfully

*Holmes Hardingham*

**Holmes Hardingham**

# HOLMES HARDINGHAM

### MARITIME AND COMMERCIAL SOLICITORS

22-23 GREAT TOWER STREET LONDON EC3R 5HE
TEL: +44 (0)20 7280 3200 FAX: +44 (0)20 7280 3201 DX 636 LONDON/CITY
E-MAIL: Firstname.Surname@HHlaw.co.uk WEBSITE: www.HHlaw.co.uk

## FACSIMILE TRANSMISSION

**To Fax No:**    00 91 291 274 1990

**Addressee:**    ALCOBEX METALS LIMITED

No of Pages including this Page:    **2**

---

**IMPORTANT:** This facsimile is intended only for the addressee. It may contain privileged and/or confidential information.
If you are not the intended recipient please inform us by telephone and return the original to us by post.

---

**Our Ref:**    ACH/DJG/2021068         **Date:**              22 June 2004
**Your Ref:**

Dear Sirs

**Bhatia Shipping & Agencies PVT Limited v. Sai Shipping Company PVT Limited and Others:**
**Alcobex Metals Limited Sixth Defendant**
**Claim No: 2003 Folio 334 in the High Court of Justice, Queen's Bench Division,**
**Commercial Court**

We attach by way of service a copy of the index to the bundle of documents which has been prepared for the hearing due to take place in London on 25th June of which you have been notified.

Yours faithfully

*Holmes Hardingham*

**Holmes Hardingham**

PARTNERS: ADRIAN HARDINGHAM NICHOLAS WALSER DAVID JOHNSTON ANDREW MESSENT TIM KNIGHT JANE HOBBS MARTIN PENNY

ASSOCIATES: IAN RAMSAY (LEGAL EXECUTIVE) NIRANJAN ABEYRATNE CONSULTANTS, PRACTISING: DAVID PADOVAN NON-PRACTISING: ANTHONY HOLMES NICHOLAS GARRETT ANDREW GOLDSWORTHY

REGULATED BY THE LAW SOCIETY    VAT NO GB 524 7369 33

17/01 '08 THU 12:46 FAX 00442072803202        HOLMES HARDINGHAM 3                           ☑005

22/06 '04 TUE 17:16 FAX 00442072803203        HOLMES HARDINGHAM 4                           ☑001

```
***********************
***   TX REPORT   ***
***********************
```

TRANSMISSION OK

TX/RX NO              2469
CONNECTION TEL             00912912741990
SUBADDRESS
CONNECTION ID
ST. TIME             22/06  17:15
USAGE T              01'13
PGS.                 2
RESULT               OK

# HOLMES HARDINGHAM

## MARITIME AND COMMERCIAL SOLICITORS

22-23 GREAT TOWER STREET LONDON EC3R 5HE
TEL: +44 (0)20 7280 3200 FAX: +44 (0)20 7280 3201 DX 636 LONDON/CITY
E-MAIL: Firstname.Surname@HHlaw.co.uk WEBSITE: www.HHlaw.co.uk

# FACSIMILE TRANSMISSION

**To Fax No:**  00 91 291 274 1990

**Addressee:**  ALCOBEX METALS LIMITED

No of Pages including this Page:  2

**IMPORTANT:** This facsimile is intended only for the addressee. It may contain privileged and/or confidential information. If you are not the intended recipient please inform us by telephone and return the original to us by post.

**Our Ref:**  ACH/DJG/2021068          **Date:**          22 June 2004

**Your Ref:**

Dear Sirs

### Bhatia Shipping & Agencies PVT Limited v. Sai Shipping Company PVT Limited and Others: Alcobex Metals Limited Sixth Defendant
### Claim No: 2003 Folio 334 in the High Court of Justice, Queen's Bench Division, Commercial Court

We attach by way of service a copy of the index to the bundle of documents which has been prepared for the hearing due to take place in London on 25th June of which you have been notified.

Yours faithfully

Holmes Hardingham.

**Holmes Hardingham**

**IN THE HIGH COURT OF JUSTICE**                                    **2003 Folio 334**
**QUEEN'S BENCH DIVISION**
**COMMERCIAL COURT**

**Before:**

**Between:**
                    **BHATIA SHIPPING AND AGENCIES PVT. LIMITED**
                                                                    **Claimant**

                                    -and-

                    **SAI SHIPPING COMPANY PVT LIMITED**
                                                                    **First Defendant**

                    **UNIVERSE INSURANCE AGENCY LIMITED**
                                                                    **Second Defendant**

                    **CORY BROTHERS SHIPPING PVT LIMITED**
                                                                    **Third Defendant**

                    **FIRST CORPORATE SHIPPING LIMITED**
                    **(Trading as THE BRISTOL PORT COMPANY)**
                                                                    **Fourth Defendant**

                    **SALEM TUBE INTERNATIONAL LIMITED**
                                                                    **Fifth Defendant**

                    **ALCOBEX METALS LIMITED**
                                                                    **Sixth Defendant**

**An Application** was made by notice dated [...]

Upon having read the affidavit of Adrian Charles Hardingham filed on behalf of the

Claimant.

**IT IS ORDERED** that:

1.    There be listed a trial on the merits of Claimant's claim against the Sixth

      Defendant for a declaration that the Claimant is not liable to the Sixth Defendant

      on the ground that any claim of the Sixth Defendant against the Claimant is time-

      barred pursuant to the terms of the Claimant's Multi-Modal Transport Documents





numbered BOM/WMD/047 and BOM/STF/048 respectively, each dated Mumbai

2nd February 2002.

2.      Costs of this Application be Costs in the Case.

Dated:





06/05 '04 THU 16:21 FAX 00442072803202     HOLMES HARDINGHAM 3     ☒001

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              1130
CONNECTION TEL            00912912741990
SUBADDRESS
CONNECTION ID        ALCOBEX JODHPUR
ST. TIME             06/05 16:19
USAGE T              02'11
PGS.                    5
RESULT               OK
```

# HOLMES HARDINGHAM

### MARITIME AND COMMERCIAL SOLICITORS

22-23 GREAT TOWER STREET LONDON EC3R 5HE
TEL: +44 (0)20 7280 3200 FAX: +44 (0)20 7280 3201 DX 636 LONDON/CITY
E-MAIL: Firstname.Surname@HHlaw.co.uk WEBSITE: www.HHlaw.co.uk

## FACSIMILE TRANSMISSION

**To Fax No:**     00 91 291 274 1990

**Addressee:**     ALCOBEX METALS LIMITED

No of Pages including this Page:  5

IMPORTANT: This facsimile is intended only for the addressee. It may contain privileged and/or confidential information.
If you are not the intended recipient please inform us by telephone and return the original to us by post.

**Our Ref:**     ACH/DJG/2021068          **Date:**          6 May 2004

**Your Ref:**

Dear Sirs

**Bhatia Shipping & Agencies PVT Limited v. Sai Shipping Company PVT Limited and Others:**
**Alcobex Metals Limited Sixth Defendant**
**Claim No: 2003 Folio 334 in the High Court of Justice, Queen's Bench Division,**
**Commercial Court**

As you know, we are instructed by the insurers of Bhatia Shipping & Agencies PVT Limited.

We attach a copy of an Application Notice. The purpose of the present communication is to inform you that our Counsel's Clerk will be applying to the Admiralty & Commercial Court Listing Office, Royal Courts of Justice, Strand, London WC2 on 11th May 2004 at 2:30pm for an appointment to be fixed for the hearing of the attached Application. You are therefore on notice of this and you have the opportunity to attend or be represented at the time referred to above. If you are proposing to attend or be represented, it would be appreciated if you would let us know.

Once an appointment has been fixed for the hearing of the Application, we will arrange for service upon you of the Application Notice and evidence in support.

17/01 '08 THU 12:47 FAX 00442072803202        HOLMES HARDINGHAM 3                              ☑012

# HOLMES HARDINGHAM

MARITIME AND COMMERCIAL SOLICITORS

22-23 GREAT TOWER STREET LONDON EC3R 5HE
TEL: +44 (0)20 7280 3200 FAX: +44 (0)20 7280 3201 DX 636 LONDON/CITY
E-MAIL: Firstname.Surname@HHlaw.co.uk WEBSITE: www.HHlaw.co.uk

# FACSIMILE TRANSMISSION

**To Fax No:**  00 91 291 274 1990

**Addressee:**  ALCOBEX METALS LIMITED

No of Pages including this Page: ~~25~~ 82

---

IMPORTANT: This facsimile is intended only for the addressee. It may contain privileged and/or confidential information.
If you are not the intended recipient please inform us by telephone and return the original to us by post.

---

**Our Ref:**  ACH/DJG/2021068                     **Date:**                      13 May 2004

**Your Ref:**

Dear Sirs

### Bhatia Shipping & Agencies PVT Limited v. Sai Shipping Company PVT Limited and Others:
### Alcobex Metals Limited Sixth Defendant
### Claim No: 2003 Folio 334 in the High Court of Justice, Queen's Bench Division,
### Commercial Court

Further to our fax of 6th May, we are now able to attach the following by way of service:

1. Application Notice endorsed by the Commercial Court to show that the hearing will take place on 25th June of our application for an Order that there be a trial on the merits of the Claimant's claim for a declaration that the Claimant is not liable. The estimated length of the hearing is 30 minutes. We shall be attending with Counsel.

2. Draft Order.

3. First Affidavit of Adrian Charles Hardingham in support (with exhibit).

4. Witness Statement of Ivan Eggermont in support (with exhibit).

We should be grateful if you would acknowledge service.

Yours faithfully                                                          13/5/04

*Holmes Hardingham*                                                 One page
re-sent
**Holmes Hardingham**                                                 m.g.

⑦                                                  ⑯²

PARTNERS: ADRIAN HARDINGHAM NICHOLAS WALSER DAVID JOHNSTON ANDREW MESSENT TIM KNIGHT JANE HOBBS MARTIN PENNY
ASSOCIATES: IAN RAMSAY (LEGAL EXECUTIVE) NIRANJAN ADEYRATNE CONSULTANTS PRACTISING: DAVID PADOVAN NON-PRACTISING: ANTHONY HOLMES NICHOLAS GARRETT ANDREW GOLDSWORTHY
REGULATED BY THE LAW SOCIETY    VAT No GB 524 7204 33

17/01 '08 THU 12:48 FAX 00442072803202     HOLMES HARDINGHAM 3                    ☒013

13/05 '04 THU 17:54 FAX 00442072803202     HOLMES HARDINGHAM 3                    ☒001

```
*************************
***   TX REPORT   ***
*************************

TRANSMISSION OK

TX/RX NO              1217
CONNECTION TEL              00912912741990
SUBADDRESS
CONNECTION ID        ALCOBEX JODHPUR
ST. TIME             13/05 17:15
USAGE T              39'01
PGS.                 (81) — SEE ATTACHED
RESULT               OK
```

# HOLMES HARDINGHAM

### MARITIME AND COMMERCIAL SOLICITORS

22-23 GREAT TOWER STREET LONDON EC3R 5HE
TEL: +44 (0)20 7280 3200 FAX: +44 (0)20 7280 3201 DX 636 LONDON/CITY
E-MAIL: Firstname.Surname@HHlaw.co.uk WEBSITE: www.HHlaw.co.uk

## FACSIMILE TRANSMISSION

**To Fax No:** 00 91 291 274 1990

**Addressee:** ALCOBEX METALS LIMITED

No of Pages including this Page: **83**

> **IMPORTANT:** This facsimile is intended only for the addressee. It may contain privileged and/or confidential information.
> If you are not the intended recipient please inform us by telephone and return the original to us by post.

**Our Ref:** ACH/DJG/2021068                **Date:**                13 May 2004

**Your Ref:**

Dear Sirs

**Bhatia Shipping & Agencies PVT Limited v. Sai Shipping Company PVT Limited and Others:
Alcobex Metals Limited Sixth Defendant
Claim No: 2003 Folio 334 in the High Court of Justice, Queen's Bench Division,
Commercial Court**

Further to our fax of 6th May, we are now able to attach the following by way of service:

1.  Application Notice endorsed by the Commercial Court to show that the hearing will take place on 25th June of our application for an Order that there be a trial on the merits of the Claimant's claim for a declaration that the Claimant is not liable. The estimated length of the hearing is 30 minutes. We shall be attending with Counsel.

2.  Draft Order.

3.  First Affidavit of Adrian Charles Hardingham in support (with exhibit).

17/01 '08 THU 12:48 FAX 00442072803202      HOLMES HARDINGHAM 3                              ☑001    ☑014

13/05 '04 18:49 FAX

```
                    ************************
                    ***    TX REPORT    ***
                    ************************

    TRANSMISSION OK

    TX/RX NO              4330
    CONNECTION TEL          00912912741990
    SUBADDRESS
    CONNECTION ID        ALCOBEX JODHPUR
    ST. TIME             13/05 18:48
    USAGE T              01'02
    PGS. SENT            2
    RESULT               OK
```

ACH /
KB
COVER + MISSING PAGE

# HOLMES HARDINGHAM

### MARITIME AND COMMERCIAL SOLICITORS

22-23 GREAT TOWER STREET LONDON EC3R 5HE
TEL: +44 (0)20 7280 3200 FAX: +44 (0)20 7280 3201 DX 635 LONDON/CITY
E-MAIL: Firstname.Surname@HHlaw.co.uk WEBSITE: www.HHlaw.co.uk

## FACSIMILE TRANSMISSION

**To Fax No:**    00 91 291 274 1990

**Addressee:**    ALCOBEX METALS LIMITED

No of Pages including this Page: ~~35~~ 82

---

**IMPORTANT:** This facsimile is intended only for the addressee. It may contain privileged and/or confidential information.
If you are not the intended recipient please inform us by telephone and return the original to us by post.

---

**Our Ref:**    ACH/DJG/2021068              **Date:**              13 May 2004

**Your Ref:**

Dear Sirs

### Bhatia Shipping & Agencies PVT Limited v. Sai Shipping Company PVT Limited and Others:
### Alcobex Metals Limited Sixth Defendant
### Claim No: 2003 Folio 334 in the High Court of Justice, Queen's Bench Division,
### Commercial Court

Further to our fax of 6th May, we are now able to attach the following by way of service:

1. Application Notice endorsed by the Commercial Court to show that the hearing will take place on 25th June of our application for an Order that there be a trial on the merits of the Claimant's claim for a declaration that the Claimant is not liable. The estimated length of the hearing is 30 minutes. We shall be attending with Counsel.

2. Draft Order.

3. First Affidavit of Adrian Charles Hardingham in support (with exhibit).

4. Witness Statement of Ivan Eggermont in support (with exhibit)

# IN THE HIGH COURT OF JUSTICE AT LONDON
## QUEEN'S BENCH DIVISION
### COMMERCIAL COURT

Claim No. 2003 FOLIO 334

Bhatia Shipping and Agencies Pvt. Ltd.                                   .....Claimant

Vs.

Sai Shipping Company Pvt. Ltd. & Ors.                                    .....Defendants

### AFFIDAVIT OF MR. PRAKASH ARYA, SON OF SHRI UDAI ARYA
### AGED ABOUT 22 YEARS,  RESIDENT OF S-1, AKARSHAN BHAVAN,
### 23, ANSARI ROAD, DARYAGANJ, NEW DELHI-110 002

I, the deponent abovenamed solemnly affirm and state as under:-

1.      That I am Clerk of Shri O. P. Gaggar, Advocate.   I know the facts of the service of
the application notice, affidavits and the order of the English High Court, statement of first
witness etc. on the defendant number 6 and can depose the same.

2.      That on 31ˢᵗ May, 2004 at about 1.15 PM,  I personally went to the office of the
defendant number 6 namely M/s Alcobex Metals Limited at 4223/1, Ansari Road,
Daryaganj, New Delhi-110002 and served the following papers on the defendant No. 6:-



i.      Application Notice,
ii.     Affidavit of Mr. Adrian Charles Hardingham  together with it's exhibit
        (Exhibit "ACH 13")
iii.    Order of the English High Court,
iv.     First Witness Statement of Mr. Ivan Eggermont together with it's exhibit
        (Exhibit "EI 1").

All the above papers were served on the defendant number 6 alongwith letter of service. The
defendant number 6 who has given receipt of the same  by putting the stamp and signature
on the covering letter as well as the copies of each of the above papers.

Deponent

..../2

-2-

VERIFICATION

I, Prakash Arya, the deponent abovesaid hereby verify that the contents of the above para 1 and 2 is correct to my knowledge. No part of it is false and nothing material has been concealed therefrom.

Verified so at New Delhi on this 31st day of May, 2004.



Deponent.



ATTESTED 21/5/04
NOTARY DELHI

## O.P. GAGGAR ADVOCATE, SUPREME COURT

S-1, Akarshan Bhawan, 23, Ansari Road, Darya Ganj, New Delhi - 110 002
Ph./Fax : 2328 1674, Phone ; 2006 1673 Resi. : 95129 - 227 4409 (STD 0129)
e-mail: opgaggar@hotmail.com

May 31, 2004

Alcobex Metals Limited,
4223/1, Ansari Road,
Darya Ganj,
New Delhi-110 002

Dear Sirs,

Re :    In the High Court of Justice at London
        Queen's Bench Division,
        Commercial Court,

        Bhatia Shipping and Agencies Pvt. Ltd.          .....Claimant
        Vs.
        Sai Shipping Company Pvt. Ltd. & Ors.          ...Defendants
        2003 Folio 334

        I have been instructed by Bhatia Shipping and Agencies Pvt. Ltd.,
Mumbai and their London    Solicitors Holmes Hardingham Walser
Johnston Winter, to serve upon you the Application Notice dated
15.1.2004, affidavit of Mr. Adrian Charles Hardingham (together with
it's exhibits marked as Exhibit "ACH 13") seeking an order for striking
out and/or setting aside Alcobex Metals Ltd.'s acknowledgement of
service as being defective and seeking a judgment in favour of Bhatia
Shipping and Agencies Pvt. Ltd.. Mumbai against Alcobex Metals Ltd.,
Order of the English High Court and First Witness Statement of Mr. Ivan
Eggermont together with it's exhibit marked as Exhibit "EI 1" in respect
of proceedings commenced against you by Bhatia Shipping and Agencies
Pvt. Ltd., Mumbai in the High Court of Justice, Queen's Bench division,
Commercial Court, London, U.K.

        Accordingly, the said Application Notice,  affidavit of Mr. Adrian
Charles Hardingham  together with it's exhibits marked as Exhibit "ACH
13", Order of the English High Court,  First Witness Statement of Mr.
Ivan Eggermont together with it's exhibit marked as Exhibit "EI 1"  are
enclosed as and by way of service upon you.

                                                           .../2

## O.P. GAGGAR ADVOCATE, SUPREME COURT

S-1, Akarshan Bhawan, 23, Ansari Road, Darya Ganj, New Delhi - 110 002
Ph./Fax : 2328 1674, Phone : 2006 1673 Resi. : 95129 - 227 4409 (STD 0129)
e-mail: opgaggar@hotmail.com

-2-

Please note that the Application is due to be heard by the High Court of Justice, Queen's Bench Division, Commercial Court, London, U. K. on 25th June 2004 when my clients, Bhatia Shipping and Agencies Pvt. Ltd. shall be represented by Counsel and the estimated length of the hearing would be about 30 minutes.

Kindly acknowledge receipt.

Your's Faithfully,

O. P. Gaggar
Advocate for the Claimant.

Encl.  1.  Application Notice,
2.  Affidavit of Mr. Adrian Charles Hardingham  together with it's exhibit (Exhibit "ACH 13")
3.  Order of the English High Court,
4.  First Witness Statement of Mr. Ivan Eggermont together with it's exhibit (Exhibit "EI 1").



# HOLMES HARDINGHAM

### MARITIME AND COMMERCIAL SOLICITORS

22-23 Great Tower Street London EC3R 5HE
Tel: +44 (0)20 7280 3200 Fax: +44 (0)20 7280 3201 Dx 636 London/City
E-mail: Firstname.Surname@HHlaw.co.uk Website: www.HHlaw.co.uk

## FACSIMILE TRANSMISSION

**To Fax No:**  00 91 291 274 1990

**Addressee:**  ALCOBEX METALS LIMITED

No of Pages including this Page:  1

---

IMPORTANT: This facsimile is intended only for the addressee. It may contain privileged and/or confidential information. If you are not the intended recipient please inform us by telephone and return the original to us by post.

---

**Our Ref:**  ACH/GK/2021068        **Date:**              29th June 2004

**Your Ref:**

Dear Sirs

**Bhatia Shipping & Agencies PVT Limited v. Sai Shipping Company PVT Limited and Others:**
**Alcobex Metals Limited Sixth Defendant**
**Claim No: 2003 Folio 334 in the High Court of Justice, Queen's Bench Division,**
**Commercial Court**

Further to previous correspondence, we are writing to inform you that our Counsel's Clerk will be applying to the Admiralty and Commercial Court Listing Office, Royal Course of Justice, Strand, London WC2 tomorrow, 29th June 2004 at 2.30pm for a date to be fixed for the trial of this action. You are therefore on notice of this and you have the opportunity to attend or be represented at the time referred to above. If you are proposing to attend or be represented, it would be appreciated if you would let us know.

ours faithfully

Holmes Hardingham

317

PARTNERS: ADRIAN HARDINGHAM NICHOLAS WALSER DAVID JOHNSTON ANDREW MESSENT TIM KNIGHT JANE HOBBS MARTIN PERRY

ASSOCIATES: IAN RAMSAY (LEGAL EXECUTIVE) NIRANJAN ABEYRATNE CONSULTANTS PRACTISING: DAVID PADDYAR NON-PRACTISING: ANTHONY HOLMES NICHOLAS GARRETT ANDREW GOLDSWORTHY

REGULATED BY THE LAW SOCIETY    VAT NO GB 524 7366 13

17/01 '08 THU 12:50 FAX 00442072803202        HOLMES HARDINGHAM 3                    ☑020
                                                                                      ☑001
29/06 '04-TUE 11:40 FAX 00442072803203        HOLMES HARDINGHAM 4

```
                              ***********************
                              ***   TX REPORT   ***
                              ***********************

        TRANSMISSION OK

        TX/RX NO            2680
        CONNECTION TEL              00912912741990
        SUBADDRESS
        CONNECTION ID
        ST. TIME           29/06 11:39
        USAGE T            00'52
        PGS.               1
        RESULT             OK
```

# HOLMES HARDINGHAM

MARITIME AND COMMERCIAL SOLICITORS

22-23 GREAT TOWER STREET LONDON EC3R 5HE
TEL: +44 (0)20 7280 3200 FAX: +44 (0)20 7280 3201 DX 636 LONDON/CITY
E-MAIL: Firstname.Surname@HHlaw.co.uk WEBSITE: www.HHlaw.co.uk

## FACSIMILE TRANSMISSION

**To Fax No:**   00 91 291 274 1990

**Addressee:**   ALCOBEX METALS LIMITED

No of Pages including this Page:   **1**

---

**IMPORTANT**: This facsimile is intended only for the addressee. It may contain privileged and/or confidential information. If you are not the intended recipient please inform us by telephone and return the original to us by post.

---

**Our Ref:**   ACH/GK/2021068                    **Date:**                    29th June 2004

**Your Ref:**

Dear Sirs

**Bhatia Shipping & Agencies PVT Limited v. Sai Shipping Company PVT Limited and Others:**
**Alcobex Metals Limited Sixth Defendant**
**Claim No: 2003 Folio 334 in the High Court of Justice, Queen's Bench Division,**
**Commercial Court**

Further to previous correspondence, we are writing to inform you that our Counsel's Clerk will be applying to the Admiralty and Commercial Court Listing Office, Royal Course of Justice, Strand, London WC2 tomorrow, 29th June 2004 at 2.30pm for a date to be fixed for the trial of this action. You are therefore on notice of this and you have the opportunity to attend or be represented at the time referred to above. If you are proposing to attend or be represented, it would be appreciated if you would let us know.

Yours faithfully

Holmes Hardingham

# HOLMES HARDINGHAM

MARITIME AND COMMERCIAL SOLICITORS

22-23 GREAT TOWER STREET LONDON EC3R 5HE
TEL: +44 (0)20 7280 3200 FAX: +44 (0)20 7280 3201 DX 636 LONDON/CITY
E-MAIL: Firstname.Surname@HHlaw.co.uk WEBSITE: www.HHlaw.co.uk

# FACSIMILE TRANSMISSION

**To Fax No:** 00 91 291 274 1990

**Addressee:** ALCOBEX METALS LIMITED

No of Pages including this Page: **1**

---

**IMPORTANT:** This facsimile is intended only for the addressee. It may contain privileged and/or confidential information.
If you are not the intended recipient please inform us by telephone and return the original to us by post.

---

**ur Ref:** ACH/GK/2021068     **Date:**     29th June 2004

**Your Ref:**

Dear Sirs

**Bhatia Shipping & Agencies PVT Limited v. Sai Shipping Company PVT Limited and Others:**
**Alcobex Metals Limited Sixth Defendant**
**Claim No: 2003 Folio 334 in the High Court of Justice, Queen's Bench Division,**
**Commercial Court**

We refer to our fax earlier today in which we informed you that our Counsel's Clerk will be applying to the Admiralty and Commercial Court Listing Office for a date to be fixed for the trial of this action.

The clerk will be attending tomorrow, 30th June at 2.30 pm and not 29th June as erroneously stated in our earlier fax.

ours faithfully

Holmes Hardingham

(319)

PARTNERS ADRIAN HARDINGHAM NICHOLAS WALSER DAVID JOHNSTON ANDREW MESSENT TIM KNIGHT JANE HOBBS MARTIN PERRY

ASSOCIATES IAN RAMSAY (LEGAL EXECUTIVE) NIRANJAN ABEYRATNE CONSULTANTS PRACTISING DAVID PADOVAN NON-PRACTISING ANTHONY HOLMES NICHOLAS GARRETT ANDREW GOLDSWORTHY

REGULATED BY THE LAW SOCIETY    VAT NO GB 334 7809 53

17/01 '08 THU 12:50 FAX 00442072803202        HOLMES HARDINGHAM 3                      ☒022
                                                                                        ☒001
29/06 '04 TUE 15:05 FAX 00442072803203        HOLMES HARDINGHAM 4

```
                          *********************
                      ***    TX REPORT    ***
                          *********************

         TRANSMISSION OK

         TX/RX NO              2686
         CONNECTION TEL                00912912741990
         SUBADDRESS
         CONNECTION ID
         ST. TIME             29/06 15:04
         USAGE T              00'43
         PGS.                 1
         RESULT               OK
```

# HOLMES HARDINGHAM

MARITIME AND COMMERCIAL SOLICITORS

22-23 GREAT TOWER STREET LONDON EC3R 5HE
TEL: +44 (0)20 7280 3200 FAX: +44 (0)20 7280 3201 DX 636 LONDON/CITY
E-MAIL: Firstname.Surname@HHlaw.co.uk WEBSITE: www.HHlaw.co.uk

## FACSIMILE TRANSMISSION

**To Fax No:**    00 91 291 274 1990

**Addressee:**    ALCOBEX METALS LIMITED

No of Pages including this Page:  **1**

---

IMPORTANT: This facsimile is intended only for the addressee. It may contain privileged and/or confidential information. If you are not the intended recipient please inform us by telephone and return the original to us by post.

---

**Our Ref:**    ACH/GK/2021068          **Date:**                29th June 2004

ɔur Ref:

Dear Sirs

**Bhatia Shipping & Agencies PVT Limited v. Sai Shipping Company PVT Limited and Others:**
**Alcobex Metals Limited Sixth Defendant**
**Claim No: 2003 Folio 334 in the High Court of Justice, Queen's Bench Division,**
**Commercial Court**

We refer to our fax earlier today in which we informed you that our Counsel's Clerk will be applying to the Admiralty and Commercial Court Listing Office for a date to be fixed for the trial of this action.

The clerk will be attending tomorrow, 30th June at 2.30 pm and not 29th June as erroneously stated in our earlier fax.

Yours faithfully

*[signature]*
Holmes Hardingham

(320)

# HOLMES HARDINGHAM

### MARITIME AND COMMERCIAL SOLICITORS

22-23 GREAT TOWER STREET LONDON EC3R 5HE
TEL: +44 (0)20 7280 3200 FAX: +44 (0)20 7280 3201 DX 636 LONDON/CITY
E-MAIL: Firstname.Surname@HHlaw.co.uk WEBSITE: www.HHlaw.co.uk

# FACSIMILE TRANSMISSION

**To Fax No:**    00 91 291 274 1990

**Addressee:**    ALCOBEX METALS LIMITED

No of Pages including this Page:    3

---

IMPORTANT: This facsimile is intended only for the addressee. It may contain privileged and/or confidential information.
If you are not the intended recipient please inform us by telephone and return the original to us by post.

---

**Our Ref:**    ACH/DJG/2021068          **Date:**                          1 July 2004

**Your Ref:**

Dear Sirs

**Bhatia Shipping & Agencies PVT Limited v. Sai Shipping Company PVT Limited and Others:**
**Alcobex Metals Limited Sixth Defendant**
**Claim No: 2003 Folio 334 in the High Court of Justice, Queen's Bench Division,**
**Commercial Court**

We attach by way of service a copy of the sealed Order of Mr Justice Moore-Bick made at the hearing on 25th June 2004.

We also notify you that the trial has been fixed by the Court to be heard on 11th October 2004 at the Commercial Court, Royal Courts of Justice, Strand, London WC2.

Yours faithfully

**Holmes Hardingham**

IN THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION
COMMERCIAL COURT

2003 Folio 334

BEFORE THE HONOURABLE MR. JUSTICE MOORE-BICK

Between:

BHATIA SHIPPING AND AGENCIES PVT. LIMITED                    Claimant

-and-

SAI SHIPPING COMPANY LIMITED                                 First Defendant

UNIVERSE INSURANCE AGENCY LIMITED                            Second Defendant

CORY BROTHERS SHIPPING LIMITED                               Third Defendant

FIRST CORPORATE SHIPPING LIMITED
(Trading as THE BRISTOL PORT COMPANY)                        Fourth Defendant

SALEM TUBE INTERNATIONAL LIMITED                             Fifth Defendant

ALCOBEX METALS LIMITED                                       Sixth Defendant

"Persey"

---

**ORDER**
Dated 25th June 2004

---

**UPON HEARING COUNSEL** for the Claimant on the Claimant's Application
Notice of the 15th January 2004,

**AND UPON READING:**

(a)    The Affidavit of Mr Adrian Charles Hardingham dated 15th January 2004,
       with accompanying exhibit, and

(b)    The witness statements of Mr. Hardingham of 25th July 2003, and 16th June
       2004, with exhibits, and of Mr. Ivan Eggermont dated 14th January 2004 with
       exhibit, and

(c)    The Claim Form herein,

**IT IS HEREBY ORDERED AND DIRECTED** (in relation only to the trial of the
issues between the Claimant and the Sixth Defendant) that:

(1)    The filing and service of Statements of Case is dispensed with.

1

TOTAL P.03

(2)   The First Affidavit of Adrian Charles Hardingham sworn on the 15th January 2004, with its accompanying exhibits, is to stand as the Claimant's Statement of Case.

(3)   Disclosure is dispensed with.

(4)   The affidavit of Mr. Hardingham of 15th January 2004 (and its accompanying exhibits), and the documents referred to therein, and the first witness statement of Mr. Ivan Eggermont (with its accompanying exhibit) do stand as the Claimant's witness statements in this action.

(5)   Re-service of the affidavit and witness statement referred to in paragraph (4) is dispensed with as they have already been served on the Sixth Defendant.

(6)   The Claimant shall serve any further affidavit evidence by 9th July 2004.

(7)   The Sixth Defendant shall serve any affidavit evidence it wishes in response to the Claimant's evidence herein by 6th August 2004.

(8)   The trial of the action between the Claimant and the Sixth Defendant shall be conducted upon affidavit evidence alone.

(9)   The trial of the action between the Claimant and the Sixth Defendant is to be fixed for a date not before 27th August 2004, with a time estimate of ½ day. The Claimant is to inform the Listing Office promptly, if the Defendant serves evidence, with a view to increasing this time estimate.

(10)  The Claimant is to attend before the Listing Office as soon as possible to fix the date for the trial.

(11)  Costs of this application are Costs in Case.

17/01 '08 THU 12:51 FAX 00442072803202      HOLMES HARDINGHAM 3                    ☒026

/07 '04 THU 16:21 FAX 00442072803203      HOLMES HARDINGHAM 4                      ☒001

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              2752
CONNECTION TEL.           00912912741990
SUBADDRESS
CONNECTION ID
ST. TIME              01/07 16:19
USAGE T               01'43
PGS.                    3
RESULT                 OK
```

# HOLMES HARDINGHAM

### MARITIME AND COMMERCIAL SOLICITORS

22-23 Great Tower Street London EC3R 5HE
Tel: +44 (0)20 7280 3200 Fax: +44 (0)20 7280 3201 Dx 636 London/City
E-mail: Firstname.Surname@HHlaw.co.uk Website: www.HHlaw.co.uk

## FACSIMILE TRANSMISSION

**To Fax No:**  00 91 291 274 1990

**Addressee:**  ALCOBEX METALS LIMITED

No of Pages including this Page:  3

---

IMPORTANT: This facsimile is intended only for the addressee. It may contain privileged and/or confidential information.
If you are not the intended recipient please inform us by telephone and return the original to us by post.

---

**Our Ref:**  ACH/DJG/2021068            **Date:**            1 July 2004

**Your Ref:**

Dear Sirs

#### Bhatia Shipping & Agencies PVT Limited v. Sai Shipping Company PVT Limited and Others: Alcobex Metals Limited Sixth Defendant
#### Claim No: 2003 Folio 334 in the High Court of Justice, Queen's Bench Division, Commercial Court

We attach by way of service a copy of the sealed Order of Mr Justice Moore-Bick made at the hearing on 25th June 2004.

We also notify you that the trial has been fixed by the Court to be heard on 11th October 2004 at the Commercial Court, Royal Courts of Justice, Strand, London WC2.

Yours faithfully

**Holmes Hardingham**

17/01 '08 THU 12:51 FAX 00442072803202          HOLMES HARDINGHAM 3                                    ☑027

# O.P. GAGGAR ADVOCATE, SUPREME COURT

S-1, Akarshan Bhawan, 23, Ansari Road, Darya Ganj, New Delhi - 110 002
Ph./Fax : 2328 1674, Phone : 2006 1673 Resi. : 95129 - 227 4409 (STD 0129)
e-mail: opgaggar@hotmail.com

July 7, 2004

Alcobex Metals Limited,
4223/1, Ansari Road,
Darya Ganj,
New Delhi-110 002

Dear Sirs,

Re.  In the High Court of Justice at London
     Queen's Bench Division,
     Commercial Court,

     Bhatia Shipping and Agencies Pvt. Ltd.     .....Claimant
     Vs.
     Sai Shipping Company Pvt. Ltd. & Ors.      ...Defendants
     2003 Folio 334

     I have been instructed by Bhatia Shipping and Agencies Pvt. Ltd., Mumbai and their London Solicitors Holmes Hardingham, to serve upon you a copy of the order passed by the English High Court dated 25th June 2004 in the proceedings commenced *inter alia* against you by Bhatia Shipping and Agencies Pvt. Ltd., Mumbai in the High Court of Justice, Queen's Bench division, Commercial Court, London, U.K and the First Affidavit of Mr. Ivan Eggermont in support of the Application notice dated 15.1.2004 (Which application notice was served upon you by my letter dated 31st May 2004) seeking a judgment in favour of Bhatia Shipping and Agencies Pvt. Ltd., Mumbai, together with it's exhibit marked as Exhibit "IE-2" which consists of the First Witness Statement of Mr. Ivan Eggermont together with ''s Exhibit marked as Exhibit "IE-2" which consists of documents.

     Accordingly, the copies of the said order of the English High Court dated 25th June 2004 and the First Affidavit of Mr. Ivan Eggermont together with it's exhibit marked as Exhibit "IE-2" which consists of the First Witness Statement of Mr. Ivan Eggermont together with it's Exhibit marked as Exhibit "IE-1" containing documents are enclosed.

                                                                    ....../2



331

# O.P. GAGGAR ADVOCATE, SUPREME COURT

S-1, Akarshan Bhawan, 23, Ansari Road, Darya Ganj, New Delhi - 110 002
Ph./Fax : 2328 1674, Phone : 2006 1673 Resi. ; 95129 - 227 4409 (STD 0129)
e-mail: opgaggar@hotmail.com

-2-

The above documents have also been sent to you  by fax by Holmes Hardingham, the London Solicitors of  Bhatia Shipping and Agencies Pvt. Ltd., Mumbai.

**Please note that the trial has been fixed for 11ᵗʰ October 2004 by the English High Court.**

Please acknowledge receipt.

Yours Faithfully,



O. P. Gaggar
Advocate for the Claimant

Encl.  1.    Order of the English High Court dated 25ᵗʰ June 2004.

2.    First  Affidavit of Mr. Ivan Eggermont together with it's exhibit marked as Exhibit "IE-2" which consists of the First Witness Statement of Mr. Ivan Eggermont together with it's Exhibit marked as Exhibit "IE-1" containing documents

(332)

17/01 '08 THU 12:52 FAX 00442072803202    HOLMES HARDINGHAM 3    ☑029

# O.P. GAGGAR ADVOCATE, SUPREME COURT

S-1, Akarshan Bhawan, 23, Ansari Road, Darya Ganj, New Delhi - 110 002
Ph./Fax : 2328 1674, Phone : 2006 1673 Resi. : 95129 - 227 4409 (STD 0129)
e-mail: opgaggar@hotmail.com

July 8, 2004

Alcobex Metals Limited,
4223/1, Ansari Road,
Darya Ganj,
New Delhi-110 002

Dear Sirs,

Re.    In the High Court of Justice at London
       Queen's Bench Division,
       Commercial Court,

       Bhatia Shipping and Agencies Pvt. Ltd,    .....Claimant
       Vs.
       Sai Shipping Company Pvt, Ltd, & Ors.    ...Defendants
       2003 Folio 334

Further to my letter dated 7th July, 2004 whereupon you have been served with copies of the said order of the English High Court dated 25th June 2004 and the First Affidavit of Mr. Ivan Eggermont together with it's exhibit marked as Exhibit "IE-2 I have now been instructed to serve upon you the enclosed affidavit of Mr. Prashant S. Pratap dated 8.7.2004 in respect of the same proceedings instituted M/s Bhatia Shipping and Agencies Pvt. Ltd., Mumbai, in the High Court of Justice, Queen's Bench division, Commercial Court, London, U.K.

Please acknowledge receipt.

Yours Faithfully,

O. P. Gaggar
Advocate for the Claimant

Encl.    Affidavit of Mr. Mr. Prashant S. Pratap

Rec'd of Photocopy
For ALCOBEX . . . . S LTD.

Authorised Signatory
8/7/2004

# IN THE HIGH COURT OF JUSTICE AT LONDON
## QUEEN'S BENCH DIVISION
### COMMERCIAL COURT

Claim No. 2003 FOLIO 334

Bhatia Shipping and Agencies Pvt. Ltd.                    .....Claimant

Vs.

Sai Shipping Company Pvt. Ltd. & Ors.                    .....Defendants

AFFIDAVIT OF MR. PRAKASH ARYA, SON OF SHRI UDAI ARYA
AGED ABOUT 22 YEARS, RESIDENT OF S-1, AKARSHAN BHAVAN,
23, ANSARI ROAD, DARYAGANJ, NEW DELHI-110 002, INDIA

I, the deponent abovenamed solemnly affirm and state as under:-

1.    That I am Clerk of Shri O. P. Gaggar, Advocate. I know the facts of the service of the order of the English High Court dated 25th June 2004 and First Affidavit of Mr. Ivan Eggermont together with the exhibits on the defendant number 6 and can depose the same.

2.    That on 7th July, 2004 at about 4.30 PM, I personally went to the office of the defendant number 6 namely M/s Alcobex Metals Limited at 4223/1, Ansari Road, Daryaganj, New Delhi-110002 and served the following papers on the defendant No. 6:-

    i.    Order of the English High Court dated 25th June 2004 and
    ii.   First Affidavit of Mr. Ivan Eggermont together with the exhibits.

And on 8th July 2004, at about 2.30 PM, I personally went to the abovementioned office of the Defendant number 6 and served them an affidavit of Mr. Prashant S. Pratap alongwith a covering letter. All the above papers were served on the defendant number 6 alongwith letter of service. The defendant number 6 who has given receipt of the same by putting the stamp and signature on the covering letter as well as the copies of the above papers.

IN TESTIMONY WHERE OF,
I HAVE HEREUNTO SET
MY HAND AND AFFIXED
THE SEAL, NEW DELHI, INDIA
ON..................

DINKAR DAS
ADVOCATE
NOTARY PUBLIC
REGD. No. 916
GOVT. OF INDIA
14 LAWYERS CHAMBER
SUPREME COURT OF INDIA
NEW DELHI

Deponent

-2-

## VERIFICATION

I, Prakash Arya, the deponent abovesaid hereby verify that the contents of the above para 1 and 2 is correct to my knowledge. No part of it is false and nothing material has been concealed therefrom.

Verified so at New Delhi on this 9th day of July, 2004.

IN TESTIMONY WHERE OF,
I HAVE HEREUNTO SET
MY HAND AND AFFIXED
THE SEAL NEW DELHI INDIA
ON.......................

Deponent.

SIGNATURE ATTESTED

Solemnly affirmed before me
ATTESTED
DIPANKAR DAS
ADVOCATE
NOTARY PUBLIC
REGD. NO. 915
GOVT. OF INDIA
14, LAWYERS CHAMBERS
SUPREME COURT OF INDIA
NEW DELHI

I Identify the Executant / Deponent
who has Signed in My Presence

MY COMMISSION
EXPIRES ON...8th Sept 2005

330

# HOLMES HARDINGHAM

### MARITIME AND COMMERCIAL SOLICITORS

22-23 GREAT TOWER STREET LONDON EC3R 5HE
TEL: +44 (0)20 7280 3200 FAX: +44 (0)20 7280 3201 DX 636 LONDON/CITY
E-MAIL: Firstname.Surname@HHlaw.co.uk WEBSITE: www.HHlaw.co.uk

## FACSIMILE TRANSMISSION

**To Fax No:**   00 91 291 274 1990

**Addressee:**   ALCOBEX METALS LIMITED

No of Pages including this Page:   3

---

**IMPORTANT:** This facsimile is intended only for the addressee. It may contain privileged and/or confidential information. If you are not the intended recipient please inform us by telephone and return the original to us by post.

---

**Our Ref:**   ACH/JP/2021068              **Date:**                    13 September, 2004

**Your Ref:**

Dear Sirs

### BHATIA SHIPPING & AGENCIES PVT LIMITED v. SAI SHIPPING COMPANY PVT LIMITED AND OTHERS: ALCOBEX METALS LIMITED SIXTH DEFENDANT CLAIM NO: 2003 FOLIO 334 IN THE HIGH COURT OF JUSTICE, QUEEN'S BENCH DIVISION, COMMERCIAL COURT

We attach for your information a copy of the Court's letter dated 9th July 2004.

Yours faithfully,

*Holmes Hardingham.*

PARTNERS: ADRIAN HARDINGHAM NICHOLAS WALSER DAVID JOHNSTON ANDREW MESSENT TIM KNIGHT JANE HORNE MARTIN PENNY
ASSOCIATES: IAN RAMSAY (LEGAL EXECUTIVE) NIRANJAN ABEYRATNE CONSULTANTS: PRACTISING: DAVID PADOVAN NON PRACTISING: ANTHONY HOLMES NICHOLAS GARROTT
ANDREW GOLDSWORTHY

REGULATED BY THE LAW SOCIETY     VAT No GB 524 7369 33



COURT

THE COURT SERVICE

SUPREME COURT GROUP

**Listing Office to the Admiralty Judge
and Commercial Court,
Room E201,**
Royal Courts of Justice, Strand, London, WC2A 2LL
DX 44450 STRAND WC2

Telephone: 0207 947 6826
Facsimile: 0207 947 7670
E-mail: Angela.Hodgson@courtservice.gsi.gov.uk

Holmes Hardingham Walser Johnston
22-23 Great Tower Street
London
EC3R 5HE

9th July 2004

Your ref: ACH/2021068

Dear Sirs,

RE: 2003/334 "Persey" Bhatia Shipping And Agencies PVT. Limited –v- Alcobex
Metals Limited

I am writing to confirm that the above matter has been fixed for trial on 11th October 2004 for ½ a Commercial day.

Please note that this date is a not before date and that the trial may not necessarily commence on this day.

The start date will depend on whether other trials are overrunning and the amount of reading time the Judge will need before starting the trial. It is sometimes appropriate for the Judge to hear opening submissions on day one of the trial and then for the Judge to break to read. It should not be assumed that the Judge will have more than ½ day reading time before the start of the trial.

It is therefore important that you comply with section J5.1 of the Commercial guide with regard to the time for lodging the reading list. It is also important that in accordance with section D16.2 of the Guide, that you let me know if a delay to the start date may cause inconvenience to witnesses or others involved in the trial.

In accordance with the rules, the trial bundles should be lodged with the court at least 7 days before the start of the trial. If however, the trial bundles are voluminous (i.e.: more than 3 lever arch files) it would be appreciated if you could ring the listing office before delivery to determine whether they should be delivered direct to the Judge or to the listing office.

I would be grateful if you would also pay the £600 setting down fee as soon as possible. The cheque should be made payable to HM Paymaster General, and the receipt should be lodged with the registry Room E200a.

In accordance with 113.3 of the Commercial Court Guide, I would be grateful if you would advise me whether you wish to call evidence by video link.

Please arrange for this letter to be copied to all other parties involved.

Yours faithfully

PP Dan Pope
Angela Hodgson
Clerk to the Commercial Court

17/01 '08 THU 12:53 FAX 00442072803202        HOLMES HARDINGHAM 3                    Ø035

3/09 '04 MON 16:57 FAX 00442072803203        HOLMES HARDINGHAM 4                    Ø001

```
                        ********************
                        ***   TX REPORT   ***
                        ********************

          TRANSMISSION OK

          TX/RX NO               4880
          CONNECTION TEL              00912912741990
          SUBADDRESS
          CONNECTION ID         ALCOBEX JODHPUR
          ST. TIME              13/09 16:55
          USAGE T               01'33
          PGS.                  3
          RESULT                OK
```

# HOLMES HARDINGHAM

MARITIME AND COMMERCIAL SOLICITORS

22-23 GREAT TOWER STREET LONDON EC3R 5HE
TEL: +44 (0)20 7280 3200 FAX: +44 (0)20 7280 3201 DX 636 LONDON/CITY
E-MAIL: Firstname.Surname@HHlaw.co.uk WEBSITE: www.HHlaw.co.uk

## FACSIMILE TRANSMISSION

**To Fax No:**    00 91 291 274 1990

**Addressee:**    ALCOBEX METALS LIMITED

No of Pages including this Page:  **3**

IMPORTANT: This facsimile is intended only for the addressee. It may contain privileged and/or confidential information.
If you are not the intended recipient please inform us by telephone and return the original to us by post.

**Our Ref:**    ACH/JP/2021068                    **Date:**            13 September, 2004

**Your Ref:**

Dear Sirs

**BHATIA SHIPPING & AGENCIES PVT LIMITED v.**
**SAI SHIPPING COMPANY PVT LIMITED AND OTHERS:**
**ALCOBEX METALS LIMITED SIXTH DEFENDANT**
**CLAIM NO: 2003 FOLIO 334 IN THE HIGH COURT OF JUSTICE,**
**QUEEN'S BENCH DIVISION, COMMERCIAL COURT**

We attach for your information a copy of the Court's letter dated 9th July 2004.

Yours faithfully,

Holmes Hardingham

# HOLMES HARDINGHAM

### MARITIME AND COMMERCIAL SOLICITORS

22-23 GREAT TOWER STREET LONDON EC3R 5HE
TEL: +44 (0)20 7280 3200 FAX: +44 (0)20 7280 3201 Dx 636 LONDON/CITY
E-MAIL: Firstname.Surname@HHlaw.co.uk WEBSITE: www.HHlaw.co.uk

## FACSIMILE TRANSMISSION

To Fax No:     00 91 291 274 1990

Addressee:     ALCOBEX METALS LIMITED

No of Pages including this Page:   77

---

IMPORTANT: This facsimile is intended only for the addressee. It may contain privileged and/or confidential information.
If you are not the intended recipient please inform us by telephone and return the original to us by post.

---

Our Ref:     ACH/jd/2021068                    Date:                         4th October 2004

Your Ref:

Dear Sirs,

**Bhatia Shipping & Agencies Pvt. Limited v. Sai Shipping Company Pvt. Limited and Others:**
**Alcobex Metals Limited Sixth Defendant**
**Claim No: 2003 Folio 334 in the High Court of Justice, Queen's Bench Division,**
**Commercial Court**

We attach by way of service upon you the following:

1.     Index to the bundle for the trial due to take place on 11th October 2004.

2.     Order dated 16th January 2004 of Mr. Justice Langley, in case you have not previously seen this.

3.     Second Affidavit (sworn 4th October 2004) of A.C. Hardingham with exhibit "ACH16".

Yours faithfully,

*Holmes Hardingham.*

17/01 '08 THU 12:54 FAX 00442072803202    HOLMES HARDINGHAM 3    ☒037

4/10 '04 16:02 FAX    ☒001

```
*********************
***   TX REPORT   ***
*********************
```

A24

TRANSMISSION OK

TX/RX NO            0512
CONNECTION TEL.         00912912741990
SUBADDRESS
CONNECTION ID      ALCOBEX JODHPUR
ST. TIME           04/10 15:36
USAGE T            25'56
PGS. SENT          77
RESULT             OK

DC

# HOLMES HARDINGHAM

### MARITIME AND COMMERCIAL SOLICITORS

22-23 GREAT TOWER STREET LONDON EC3R 5HE
TEL: +44 (0)20 7280 3200 FAX: +44 (0)20 7280 3201 Dx 636 LONDON/CITY
E-MAIL: Firstname.Surname@HHlaw.co.uk WEBSITE: www.HHlaw.co.uk

## FACSIMILE TRANSMISSION

To Fax No:    00 91 291 274 1990

Addressee:    ALCOBEX METALS LIMITED

No of Pages including this Page:  77

IMPORTANT: This facsimile is intended only for the addressee. It may contain privileged and/or confidential information.
If you are not the intended recipient please inform us by telephone and return the original to us by post.

Our Ref:    ACH/jd/2021068          Date:          4th October 2004

Your Ref:

Dear Sirs,

Bhatia Shipping & Agencies Pvt. Limited v. Sai Shipping Company Pvt. Limited and Others:
Alcobex Metals Limited Sixth Defendant
Claim No: 2003 Folio 334 in the High Court of Justice, Queen's Bench Division,
Commercial Court

We attach by way of service upon you the following:

1.    Index to the bundle for the trial due to take place on 11th October 2004.

2.    Order dated 16th January 2004 of Mr. Justice Langley, in case you have not previously seen this.

3.    Second Affidavit (sworn 4th October 2004) of A.C. Hardingham with exhibit "ACH16".

Yours faithfully,

# HOLMES HARDINGHAM

### MARITIME AND COMMERCIAL SOLICITORS

22-23 GREAT TOWER STREET LONDON EC3R 5HE
TEL: +44 (0)20 7280 3200 FAX: +44 (0)20 7280 3201 DX 636 LONDON/CITY
E-MAIL: Firstname.Surname@HHlaw.co.uk WEBSITE: www.HHlaw.co.uk

## FACSIMILE TRANSMISSION

**To Fax No:**    00 91 291 274 1990

**Addressee:**    ALCOBEX METALS LIMITED

No of Pages including this Page:  32

---

IMPORTANT: This facsimile is intended only for the addressee. It may contain privileged and/or confidential information.
If you are not the intended recipient please inform us by telephone and return the original to us by post.

---

**Our Ref:**    ACH/DJG/2021068                    **Date:**                    7 October 2004

**Your Ref:**

Dear Sirs

**BHATIA SHIPPING & AGENCIES PVT LIMITED v.**
**SAI SHIPPING COMPANY PVT LIMITED AND OTHERS:**
**ALCOBEX METALS LIMITED SIXTH DEFENDANT**
**CLAIM NO: 2003 FOLIO 334 IN THE HIGH COURT OF JUSTICE,**
**QUEEN'S BENCH DIVISION, COMMERCIAL COURT**

We attach by way of service on you the following in respect of the trial fixed for 11th October 2004:

1. Claimant's Skeleton Argument.

2. Claimant's Suggested Pre-Reading List.

3. Claimant's Dramatis Personae.

4. Claimant's Chronology.

Yours faithfully,

*Holmes Hardingham*

PARTNERS: ADRIAN HARDINGHAM NICHOLAS WALKER DAVID JOHNSTON ANDREW MESSENT TIM KNIGHT JANE HARRIS MARTIN PENNY

ASSOCIATES: IAN RAMSAY LEGAL EXECUTIVE: NIRANJAN AHUYA CBE CONSULTANTS PRACTISING: DAVID PARDIVAN NON PRACTISING: ANTHONY HOLMES NICHOLAS GARRETT ANDREW GOLDSWORTHY

REGULATED BY THE LAW SOCIETY   VAT NO GB 524 1969 33

17/01 '08 THU 12:54 FAX 00442072803202      HOLMES HARDINGHAM 3      ☑039

7/10 '04 THU 13:39 FAX 00442072803202      HOLMES HARDINGHAM 3      ☑001

```
                    **********************
                    ***   TX REPORT    ***        ACH
                    **********************
```

TRANSMISSION OK

TX/RX NO                   2472
CONNECTION TEL                 00912912741990
SUBADDRESS
CONNECTION ID          ALCOBEX JODHPUR
ST. TIME               07/10 13:03
USAGE T                35'54
PGS.                   32
RESULT                 OK

---

# HOLMES HARDINGHAM

MARITIME AND COMMERCIAL SOLICITORS

22-23 GREAT TOWER STREET LONDON EC3R 5HE
TEL: +44 (0)20 7280 3200 FAX: +44 (0)20 7280 3201 DX 636 LONDON/CITY
E-MAIL: Firstname.Surname@HHlaw.co.uk WEBSITE: www.HHlaw.co.uk

## FACSIMILE TRANSMISSION

To Fax No:   00 91 291 274 1990

Addressee:   ALCOBEX METALS LIMITED

No of Pages including this Page:  32

IMPORTANT: This facsimile is intended only for the addressee. It may contain privileged and/or confidential information. If you are not the intended recipient please inform us by telephone and return the original to us by post.

Our Ref:   ACH/DJG/2021068                 Date:               7 October 2004

Your Ref:

Dear Sirs

### BHATIA SHIPPING & AGENCIES PVT LIMITED v. SAI SHIPPING COMPANY PVT LIMITED AND OTHERS: ALCOBEX METALS LIMITED SIXTH DEFENDANT CLAIM NO: 2003 FOLIO 334 IN THE HIGH COURT OF JUSTICE, QUEEN'S BENCH DIVISION, COMMERCIAL COURT

We attach by way of service on you the following in respect of the trial fixed for 11th October 2004:

1. Claimant's Skeleton Argument.

2. Claimant's Suggested Pre-Reading List.

3. Claimant's Dramatis Personae.

4. Claimant's Chronology.

17/01 '08 THU 12:55 FAX 00442072803202        HOLMES HARDINGHAM 3                                    ☒040

# HOLMES HARDINGHAM

### MARITIME AND COMMERCIAL SOLICITORS

22-23 GREAT TOWER STREET LONDON EC3R 5HE
TEL: +44 (0)20 7280 3200 FAX: +44 (0)20 7280 3201 DX 636 LONDON/CITY
E-MAIL: Firstname.Surname@HHlaw.co.uk WEBSITE: www.HHlaw.co.uk

## FACSIMILE TRANSMISSION

**To Fax No:**    00 91 291 274 1990

**Addressee:**    ALCOBEX METALS LIMITED

No of Pages including this Page:    4

---

**IMPORTANT:** This facsimile is intended only for the addressee. It may contain privileged and/or confidential information. If you are not the intended recipient please inform us by telephone and return the original to us by post.

---

**Our Ref:**    ACH/DJG/2021068        **Date:**        8 October 2004

**Your Ref:**

Dear Sirs

**BHATIA SHIPPING & AGENCIES PVT LIMITED v.
SAI SHIPPING COMPANY PVT LIMITED AND OTHERS:
ALCOBEX METALS LIMITED SIXTH DEFENDANT
CLAIM NO: 2003 FOLIO 334 IN THE HIGH COURT OF JUSTICE,
QUEEN'S BENCH DIVISION, COMMERCIAL COURT**

We attach the Statement of Costs which we are filing with the Court in connection with the trial fixed for 11ᵗʰ October 2004.

Yours faithfully

*Holmes Hardingham*

**Holmes Hardingham**

PARTNERS: ADRIAN HARDINGHAM NICHOLAS WALKER DAVID JOHNSTON ANDREW MESSENT TIM KNIGHT JANE HOBBS MARTIN PENNY

ASSOCIATES: IAN RAMSAY (LEGAL EXECUTIVE) NIRANJAN ADVAIEATHE CONSULTANTS PRACTISING: DAVID PADDYAN NON-PRACTISING: ANTHONY HOLMES NICHOLAS GARRETT ANDREW GOLDSWORTHY

REGULATED BY THE LAW SOCIETY    VAT NO GB 574 2169 33

<u>Claim No. 2003 Folio 334</u>

<u>IN THE HIGH COURT OF JUSTICE</u>

<u>QUEEN'S BENCH DIVISION</u>

<u>COMMERCIAL COURT</u>

BETWEEN:

BHATIA SHIPPING AND AGENCIES PVT. LIMITED

<u>Claimant</u>

-and-

~~SAI SHIPPING COMPANY LIMITED~~

<u>First Defendant</u>

UNIVERSE INSURANCE AGENCY LIMITED

<u>Second Defendant</u>

CORY BROTHERS SHIPPING LIMITED

<u>Third Defendant</u>

FIRST CORPORATE SHIPPING LIMITED
(trading as THE BRISTOL PORT COMPANY)

<u>Fourth Defendant</u>

SALEM TUBE INTERNATIONAL LIMITED

<u>Fifth Defendant</u>

ALCOBEX METALS LIMITED

<u>Sixth Defendant</u>

---

STATEMENT OF COSTS OF THE
CLAIMANT IN RESPECT OF THE
TRIAL ON 11th OCTOBER 2004

---

**Charging rates applied:**

(1) Adrian Hardingham - Partner -   Hourly Rate £ 275.00 per hour

**Correspondence and attendance on the Claimant:**

(1)    29.7 hours    @ £275.00                              = £ 8,167.50

**Correspondence and attendance on the Defendants:**

(1)    28.6 hours @ £275.00                              = £ 7,865.00

**Correspondence and attendance on Counsel:**

(1)    16.8 hours @ £275.00                              = £ 4,620.00

**Correspondence and attendance on Others:**

(1)    12.8 hour @ £275.00                               = £ 3,520.00

**Attendance on Documents:**

The consideration and preparation of documents.

The preparation of Claim Form.

Preparation of instructions to Counsel.

The preparation of long correspondence
to the Claimant and Defendants.

The preparation of Witness statements.

The preparation of and consideration of
Notice of Applications.

The consideration of witness statements
of the Defendant.

The preparation and consideration of Affidavits

Preparation for hearings and briefs to Counsel.

Consideration of Counsel's Skeleton.

(1)    98 hours @ £275.00                              = £ 26,950.00

2

**Attending hearings, travel and waiting:**

(1)    6 hours @ £275.00                                                    = £  1,650.00

**Counsel's fees – Mr Michael McParland [1983]**

Preparation, settling and advices.                                        = £   9,050.00

Briefs on hearings                                                         = £   9,500.00

**Disbursements:**

Court fees                                                                 = £   2,440.00

India Correspondent's fees US$ 4,000.00 (at 1.7821)                       = £   2,245.00

Shipping Registry Information                                             = £      86.15

Translator's fees                                                         = £      49.68

Swear fees                                                                = £       7.00

Bank charges                                                             = £      25.95

Courier charges                                                          = £     247.87

Law Costs Draftsman – P A White, FALCD                                   = £   1,470.00

Copying, travel and incidentals                                          = £     275.00

**GRAND TOTAL**                                                          £  78,169.15


The above costs do not exceed the costs which the Defendants are liable to pay in respect of the work covered by this Statement.

Dated:  8ᵗʰ October 2004

Signed.........................................

Adrian Charles Hardingham
Partner, Holmes Hardingham.
Solicitors for the Claimant.

3

17/01 '08 THU 12:56 FAX 00442072803202      HOLMES HARDINGHAM 3                    ☒044

'10 '04 FRI 11:10 FAX 00442072803203      HOLMES HARDINGHAM 4                      ☒001

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO              0848
CONNECTION TEL            00912912741990
SUBADDRESS
CONNECTION ID        ALCOBEX JODHPUR
ST. TIME             08/10 11:09
USAGE T              01'03
PGS.                   4
RESULT               OK
```

# HOLMES HARDINGHAM

MARITIME AND COMMERCIAL SOLICITORS

22-23 GREAT TOWER STREET LONDON EC3R 5HE
TEL: +44 (0)20 7280 3200 FAX: +44 (0)20 7280 3201 DX 636 LONDON/CITY
E-MAIL: Firstname.Surname@HHlaw.co.uk WEBSITE: www.HHlaw.co.uk

## FACSIMILE TRANSMISSION

To Fax No:   00 91 291 274 1990

Addressee:   ALCOBEX METALS LIMITED

No of Pages including this Page: 4

IMPORTANT: This facsimile is intended only for the addressee. It may contain privileged and/or confidential information.
If you are not the intended recipient please inform us by telephone and return the original to us by post.

Our Ref:   ACH/DJG/2021068            Date:              8 October 2004

Your Ref:

Dear Sirs

**BHATIA SHIPPING & AGENCIES PVT LIMITED v.
SAI SHIPPING COMPANY PVT LIMITED AND OTHERS:
ALCOBEX METALS LIMITED SIXTH DEFENDANT
CLAIM NO: 2003 FOLIO 334 IN THE HIGH COURT OF JUSTICE,
QUEEN'S BENCH DIVISION, COMMERCIAL COURT**

We attach the Statement of Costs which we are filing with the Court in connection with the trial fixed for
11th October 2004.

Yours faithfully

Holmes Hardingham