HILL RIVKINS & HAYDEN LLP
*Attorneys for Defendant*
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BHATIA SHIPPING AND AGENCIES PVT. LTD, <br><br> Plaintiff, <br><br> vs. <br><br> ALCOBEX METALS LTD., <br><br> Defendant. | Index No.: 07-cv-9346(BSJ) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Christopher M. Panagos of Hill Rivkins & Hayden LLP, hereby enters his appearance on behalf of Defendant Alcobex Metals Ltd.

Dated: January 23, 2008
    New York, New York

                    HILL RIVKINS & HAYDEN LLP
                    *Attorneys for Defendant*

        By:        _____
                    Christopher M. Panagos (CP 2199)
                    45 Broadway, Suite 1500
                    New York, New York 10006
                    Tel: (212) 669-0600
                    Fax: (212) 669-0699