

# HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699                e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com



**Via Electronic Filing**

February 8, 2008

The Honorable Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

         RE:    Bhatia v. Alcobex Metals Ltd.
                07 CV 9346 (BSJ)
                Our File No.:  29693-JAS
                ------------------------------

Dear Judge Jones:

      We represent defendant Alcobex Metals Ltd. ("Alcobex") in connection with the captioned matter and write to object to plaintiff, Bhatia Shipping & Agencies Pvt. Ltd.'s ("Bhatia") unauthorized submission of a sur-reply in connection with defendant's motion to vacate the maritime attachment obtained in this matter.

      On February 1, 2008, without leave of Court or prior notice to counsel, Bhatia filed a sur-reply and a further Affirmation from Bhatia's English solicitors. The sole basis for Bhatia's sur-reply is the Bhatia's belief that Alcobex's argument that Bhatia's judgment was not a maritime claim was raised, for the first time, in Alcobex's reply brief. In fact, Alocbex raised this issue in its main brief and Bhatia addressed the issue in its opposition. While Alcobex cited caselaw that was published after the submission of Alcobex's initial brief, the issue was certainly not raised for the first time in a reply brief. Accordingly, Alcobex respectfully requests that the Court disregard Bhatia's sur-reply.

NEW JERSEY
175 North Broadway
South Amboy, NJ 08879-1638
Tel: (732) 838-0300  Fax: (732) 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: (713) 222-1515  Fax: (713) 222-1359
e-mail: hillrivkinstexas@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: (203) 315-9274  Fax: (203) 315-9264
e-mail: hillrivkinsct@snet.net

CALIFORNIA
Hill Rivkins/Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: (916) 535-0263  Fax: (916) 535-0268
e-mail: thefirm@brnlaw.com

The Honorable Barbara S. Jones
United States District Judge
United States District Court
February 8, 2008
Page Two

    To the extent the Court is willing to consider Bhati's sur-reply, we respectfully request leave to file a brief response to Bhatia's submission.

We thank the Court for its consideration of the foregoing.

Respectfully submitted,

HILL RIVKINS & HAYDEN LLP

James A. Saville, Jr.

JAS/mc
29693\004 Court

cc:   **Via Electronic Filing**
     Michael Unger, Esq.
     Freehill Hogan & Mahar LLP

