```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
BHATIA SHIPPING AND AGENCIES         :
PVT. LTD.,                           :
                                     :
                    Plaintiff,       :
          v.                         :   07 Civ. 9346 (BSJ)
                                     :
ALCOBEX METALS LTD.,                 :   Order
                                     :
                    Defendant.       :
                                     :
------------------------------------ X
```

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

The Court is in receipt of Defendant's objections to Plaintiff's submission of a sur-reply brief in the above-captioned matter. However, the Court declines to strike Plaintiff's sur-reply brief. Accordingly, Defendant is granted leave to file a sur-sur-reply on or before April 22, 2008.

SO ORDERED:

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　BARBARA S. JONES
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          April 8, 2008