

HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699           e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

HILL RIVKINS

Via Telecopier: (212) 805-6191

April 22, 2008

The Honorable Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/23/08 dc

RE:  Bhatia v. Alcobex Metals Ltd.
     07 CV 9346 (BSJ)
     Our File No.: 29693-JAS

Dear Judge Jones:

We represent defendant Alcobex Metals Ltd. ("Alcobex") in connection with the captioned matter.

Our response to the Sur-Reply filed by plaintiff, Bhatia Shipping and Agencies Pvt Ltd.'s is due to be filed this afternoon. However, the English solicitor who has prepared an affirmation for the Court's consideration was unexpectedly called out of town and has been unable to provide his final affirmation to us. Accordingly, we <u>request a three day extension</u> of time <u>to file a response up to and including April 25, 2008.</u> We attempted to contact opposing counsel to obtain his consent but we unable to reach him on short notice.

NEW JERSEY
175 North Broadway
South Amboy, NJ 08879-1638
Tel: (732) 838-0300 Fax: (732) 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: (713) 222-1515 Fax: (713) 222-1359
e-mail: hillrivkinstexas@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: (203) 315-9274 Fax: (203) 315-9264
e-mail: hillrivkinsct@snet.net

CALIFORNIA
Hill Rivkins/Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: (916) 535-0263 Fax: (916) 535-0268
e-mail: thefirm@bmlaw.com

The Honorable Barbara S. Jones
United States District Judge
United States District Court
April 22, 2008
Page Two

We thank the Court for its consideration of the foregoing.

Respectfully submitted,

HILL RIVKINS & HAYDEN LLP

James A. Saville, Jr.

JAS/mc
29693\006 Court

cc: **Via Telecopier: (212) 425-1901**
Michael Unger, Esq.
Freehill Hogan & Mahar LLP

Application Granted

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
4/22/08

HILL
RIVKINS