JAMES A. SAVILLE, JR.
KIPP C. LELAND
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Defendant
Alcobex Metals Ltd.

45 Broadway - Suite 1500
New York, New York 10006
(212) 669-0600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------X
                                     :
BHATIA SHIPPING AND AGENCIES PVT. LTD. :
                                     :   Docket No.: 1:07-cv-9346(BSJ)
                Plaintiff,           :
                                     :
        -against-                    :   **AFFIRMATION OF**
                                     :   **JAMES A. SAVILLE, JR.**
ALCOBEX METALS LTD.,                 :
                                     :
                Defendant.           :
                                     :
-------------------------------------X

I, James A. Saville, Jr., hereby affirm under the penalty of perjury as follows:

1. I am a member of the law firm of Hill Rivkins & Hayden LLP attorneys for plaintiff Alcobex Metals Ltd. in the captioned matter and I am admitted to practice law before this Honorable Court. I submit this affirmation in support of Alcobex's motion to vacate the Process of Maritime Attachment and Garnishment obtained by Bhatia Shipping and Agencies Pvt. Ltd. ("Bhatia"). I make this affirmation based upon my personal knowledge and the documents maintained by in our files.

2. A true and accurate copy of the Christopher J. Dunn, a partner at the English law firm of Waltons & Morse LLP, dated April 24, 2008, is attached hereto as Exhibit A.

I hereby affirm under the penalty of perjury of the United States of America that the foregoing statements and true and accurate. Executed on April 25, 2008.

_____
James A. Saville, Jr.