*HILL RIVKINS & HAYDEN LLP*
Attorneys for Plaintiff
45 Broadway
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| BHATIA SHIPPING AGENCIES PVT LTD., | : | 07 CV 9346 (BSJ) |
| Plaintiff, | : | |
| - Against - | : | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| ALCOBEX METALS, LTD. | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE that CHRISTOPHER MICHAEL PANAGOS, an associate of Hill Rivkins & Hayden LLP, attorneys for Defendant, is leaving the employment of the firm and hereby requests that his name be withdrawn as notice counsel for Alcobex Metals, Ltd. in the above captioned case and that all communications be served upon lead counsel James A. Saville, Jr. of the same office who continues to represent Defendant in this matter.

Dated: July 8, 2008

Respectfully submitted,

HILL RIVKINS & HAYDEN LLP

_____
James A. Saville, Jr. (JS-4835)
Christopher M. Panagos (CP-2199)
*Attorneys for Defendant*
45 Broadway
New York, New York 10006
(212) 669-0600

1

To:  Michael Unger, Esq.
 Freehill Hogan & Mahar
 *Attorneys for Plaintiff*
 80 Pine Street, 24th Floor
 New York, New York 10005-1759